Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

FAOUZI JABER

FEB 1 2 2024

*Your full name*

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

**COMPLAINT**

v.

Civil Action No.: **5:24cv25**

Warden RAY

*(To be assigned by the Clerk of Court)*

Acting Warden BROWN

(Bailey /Mazzone /Pince )

Officer Titlle

Officer BROWN

*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: _____

_____

*(List the specific statutes under which you are claiming jurisdiction.)*

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Faouzi Jaber            Inmate No.: 75840-054

Address: FCI-Gilmer, P.O. Box 6000, Glenville, WV 26351

_____

*United States District Court*            7            *Northern District of West Virginia-2013*

**Attachment A**

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.    Name of Defendant: __Warden Ray__

Position: ____Warden_____

Place of Employment: __Federal Bureau of Prisons__

Address: __P O Box 5000,   Bruceton Mills, WV   26525__


B.1   Name of Defendant: __Acting Warden Brown__

Position: ____Acting Warden_____

Place of Employment: __Federal Bureau of Prisons__

Address: __P O Box 5000       Bruceton Mills, WV   26525__


B.2   Name of Defendant: __Officer Titlle__

Position: __Corrections Officer__

Place of Employment: __FCI - Hazelton__

Address: __P O Box 5000       Bruceton Mills, WV   26525__

B.3   Name of Defendant: __Officer B rown__

Position: __Corrections Officer__

Place of Employment: __FCI - Hazelton__

Address: __P O Box 5000       Bruceton Mills, WV   26525__


B.4   Name of Defendant: __Officer in L-4__

Attachment A

Position: Corrections Officer on 8:00 A.M. shift on April 28, 2023

Place of Employment: Corrections Officer at Bruceton Mills, WV  26525

Address: P O Box 5000   Bruceton Mills, WV  26525

B.5   Name of Defendant: Officer Polls

Position: Segregated Housing Unit Officer

Place of Employment: FCI - Hazelton

Address: P O Box 5000    Bruceton Mills, WV  26525

B.6   Name of Defendant: Officer G. Copell

Position: Corrections Officer

Place of Employment: FCI - Hazelton

Address: P O Box 5000    Bruceton Mills, WV  26525

## III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: FCI - Gilmer, Glenville, WV  26531

A.   Is this where the events concerning your complaint took place?
☐ Yes    ☒ No

If you answered "NO," where did the events occur? FCI - Hazelton Bruceton Mills, WV  26525

B.   Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes    ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?  ☒ Yes    ☐ No

B.7   NAME OF DEFENDANT:  Officer D. Miller

POSITION:   Corrections Officer

PLACE OF EMPLOYMENT:  FCI - Hazelton

ADDRESS:   P O Box 5000, Bruceton Mills, WV  26525

B.8   NAME OF DEFENDANT:  Officer Cheapley

POSITION:   Corrections Officer

PLACE OF EMPLOYMENT:  FCI - Hazelton

ADDRESS:   P O Box 5000,  Bruceton Mills, WV  26525

B.9   NAME OF DEFENDANT:   Lieutenant Civic

POSITION:  Lientenant

PLACE OF EMPLOYMENT:   FCI - Hazelton

ADDRESS:   P O Box 5000,  Bruceton Mills, WV  26525

B.10  NAME OF DEFENDANT:  T. Keener, R.N.

POSITION:   Nurse

PLACE OF EMPLOYMENT:  FCI - Hazelton

ADDRESS:   P O Box 5000,  Bruceton Mills, WV  26525

B.11  NAME OF DEFENDANT:  Dr. Adams

POSITION:  Director of Health Services

PLACE OF EMPLOYMENT:   FCI - Hazelton

ADDRESS:   P.O. Box 5000    Bruceton Mills, WV  26525

B.12  NAME OF DEFENDANT:  Officer Dick

POSITION:   Corrections Officer

PLACE OF EMPLOYMENT:   FCI - Hazelton

ADDRESS:   P.O. Box 5000, Bruceton Mills, WV  26525

9(a)

B.13    NAME OF DEFENDANT:  Gomez

POSITION:   Regional Director of Mid-Atlantic

PLACE OF EMPLOYMENT:  Bureau of Prisons

ADDRESS: 302 Sentinel Drive  Suite 200
         Anapolis Junction, MD  20701

B.14    NAME OF DEFENDANT:  Patrick Greayen #49964-509

POSITION:  Federal Prisoner

PLACE OF EMPLOYMENT:  N/A

ADDRESS:  Unknown

B.15    NAME OF DEFENDANT:  Smith

POSITION:   Captain

PLACE OF EMPLOYMENT:  FCI - Hazelton

ADDRESS:  P.O. Box 5000, Bruceton Mills, WV  26525

B.16    NAME OF DEFENDANT:  Williams Raphael #32250-074

POSITION:  Federal Prisoner

PLACE OF EMPLOYMENT:  N/A

ADDRESS:    Unknown

B.17    NAME OF DEFENDANT:  Mr. McCaul

POSITION:   Case Manager  Unit K-4

PLACE OF EMPLOYMENT:  FCI - Hazelton

ADDRESS:   P.O. Box 5000, Bruceton Mills, WV  26525

B.18    NAME OF DEFENDANT:  Mr. Vankrik

POSITION:   Counselor of Unit K-4

PLACE OF EMPLOYMENT:   FCI - HaZELTON

ADDRESS:   P.O. Box 5000    Bruceton Mill, WV 26525

9(b)

D.    If your answer is "NO," explain why not: _____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH ALL GRIEVANCES AND RESPONSES:**

LEVEL 1 __BP-8 (No Response)_____

LEVEL 2 __BP-9 for $470.00 (No Response)_____

LEVEL 3 _____

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes        ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____

NUMBER: HAX-1330.18
DATE: February 3, 2014
SUBJECT: Administrative Remedy
Program
PAGE: 9

ATTACHMENT A

Federal Correctional Complex Hazelton
Requst for Administrative Remedy
Informal Resolution Form - General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you MUST attempt Informal Resolution through your Counselor, or provide other documentary evidence of your attempt at informal resolution. Failing to attempt informal resolution may result with rejection of your request.

| Part A | | |
|---|---|---|
| Inmate Name: Jaber Faouzi | Reg. No.: 75840-054 | Unit: L-4 CELL : 417 |

1. Specific Complaint: on or about April 10th my shoes and personal property was stolen from my locker which was locked. This is the third incident with the same results. Staff are aware of the incidents and still do nothing to correct the problem. unit team sent ses a message on the 11th and we still have no response

2. Relief Requested: I would like my items replaced, or the value of what was stolen around $470.00, all involved held criminally liable, and transfer to a unit in which I will not have these problems.

| Part B | | |
|---|---|---|
| Food Service | Unit Manager | UNICOR |
| Business Office | Psychology | Education |
| Trust Fund/Laundry | Religious Services | Recreation |
| Health Services | Correctional Svcs | Facilities |
| Safety | ISM/Mailroom/Records | Administration |

| Part C | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| | Issue Un-resolved No Relief granted | Comments: |
| | Unable to Address Issue Referred | Comments: |

| Inmate Signature | | Date: Apr 24 2023 |
|---|---|---|
| Staff Signature: | | Date: |
| Unit Manager Signature: | | Date: |

| Counselor Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
| L4-039 | 4-24-23 | | 4-24-23 | | |

E Mailed
4-27-23
FW

10(A)

SALES INVOICE ---Personal Inmate Information ---
New York MCC
MAIN
ACCOUNT No.  75840054          TF19044
JABER, FAOUZI
11/22/16 Time 07:33:01         TX ID 2209066
                               Receipt# 37

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $850.45

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 6 | DIET PEPSI 24IC | $1.50 |
| 5 | MACKERAL | $5.00 |
| 2 | PEANUTS | $3.20 |
| 1 | SanDisk Clip Sport | $88.40 |
| | # ITEMS SOLD:  14 | |
| | CHARGE   75840054 | $98.10 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $752.35

Signature

*still on April 2023 By my Celly William Raphael*

*1 o(B)*

SALES INVOICE --Personal Inmate Information --
Hazelton USP
FCI
ACCOUNT No. 75840054          TF45096
JABER, FAOUZI
04/06/23 Time 08:35:19        TX ID 9619389
                              Receipt# 22

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,481.43

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | CINNAMON ROLL 48/CS 3840 PAL | $5.25 |
| 1 | COLGATE BS & THPASTE #7075094 | $3.90 |
| 3 | COPY CARD (50) COPIES | $17.55 |
| 4 | CV SOURCREAM&ONIION #8419086 | $8.20 |
| 5 | DOUBLE DIPPED PEANUTS 12/CS | $8.25 |
| 1 | ENVELOPES 9 X 12 W/CLA 6503001 | $1.20 |
| 2 | FLAVOR MATE #8086164 | $5.50 |
| 2 | FRUIT ROLLS, CHERRY 48/CS | $3.60 |
| 10 | GOOD DAY COOKIES, CASHEW 48/CS | $15.00 |
| 1 | GRANOLA HONEY CLUSTERS | $4.25 |
| 4 | GREENBERRY RUSH H.P. (12/CS) | $6.00 |
| 2 | HOMETOWN RICE & CHEESE | $3.50 |
| 1 | IRISH SPRING BLAST 18/CS | $4.20 |
| 3 | LORATADINE | $8.85 |
| 10 | MINUTE RICE INST WHITE | $13.00 |
| 5 | OATMEAL RAISIN 2 PK 60/CS | $3.25 |
| 2 | PARAMOUNT FRENCH VANILLA | $3.70 |
| 1 | PENCIL YELLOW #2 6513001 | $0.70 |
| 4 | PETER PAN 12/CS 8073029 | $11.60 |
| 2 | PICKLE 12/CS | $2.40 |
| 2 | SALTINES #8436265 | $4.20 |
| 4 | VEGETABLE FLAKES #8086114 | $6.00 |
| 3 | WIRELESS NOTEBOOK 24/CS6501011 | $5.85 |

# ITEMS SOLD: 77
CHARGE   75840054        $145.95

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,335.48

Signature

STILL on APRIL APRIL/May 2023
By My Celly -
WILLIAM RAPHAEL

10(c)

SALES INVOICE --- Personal Inmate Information ---
Hazelton USP
FCI
ACCOUNT No.  75840054        TF45096
JABER, FAOUZI
04/17/23 Time 12:14:55        TX ID 9635238
                             Receipt# 96

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $1,320.48

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BBQ SAUCE 12/CS | $2.40 |
| 3 | BRIDGE MIX 12/CS | $4.95 |
| 2 | BUDDY BAR 24/CS | $8.20 |
| 10 | CHO CHP CKIE GRMA 60/C#8083081 | $6.50 |
| 4 | CHOCOLATE CHIP COOKIES 12/CS | $7.40 |
| 3 | CHOCOLATE PEANUT CLUSTER | $6.75 |
| 2 | CV SOURCREAM&ONIION #8419086 | $4.10 |
| 1 | DR PEPER ZERO | $7.25 |
| 1 | GARLIC POWDER #8086125 | $1.55 |
| 4 | ICED OATMEAL COOKIES 12/CS | $6.60 |
| 1 | JALAPENO WHEELS 12/CS 8077001 | $2.50 |
| 1 | KEEFE CREAMER 18/CS | $1.80 |
| 1 | MINCED ONIONS #8086119 | $1.50 |
| 3 | MIXED NUTS KARS12/CS | $11.40 |
| 1 | NIKE KYRIE FLYTRAP 5 | $89.70 |
| 1 | ROOT BEER ZERO | $7.25 |
| 2 | SHAVE GEL #7057101 | $3.10 |
| 2 | VEGETABLE FLAKES #8086114 | $3.00 |
| 2 | WIRELESS NOTEBOOK 24/CS6501011 | $3.90 |
| | # ITEMS SOLD: 45 | |
| | CHARGE   75840054 | $179.85 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,140.63

_____

Signature

Still By my Celly
William RAPHAEL
APRIL /10/ 2023

10(D)

SALES INVOICE ---Personal Inmate Information ---
Hazelton USP
FCI
ACCOUNT No. 75840054          TF45096
JABER, FAOUZI
04/20/23 Time 12:33:37        TX ID 9639895
                              Receipt# 61

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,140.63

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 3 | BLUE RASPBERRY | $4.50 |
| 6 | BLUEBERRY POPTART 12/CS | $13.50 |
| 2 | HONEY NUT SCOOTERS | $6.50 |
| 10 | KIT KAT DUO #8008151 | $13.00 |
| 2 | PETER PAN  12/CS 8073029 | $5.80 |
| 1 | ROOT BEER ZERO | $7.25 |
| 2 | SALTINES #8436265 | $4.20 |
| 0 | SWEET & SPICY TRAIL MIX | $0.00 |
|  | # ITEMS SOLD: 26 | |
|  | CHARGE   75840054 | $54.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,085.88

Signature

Still By my
Celly
William Rapael
April 10/2023

10 (E)

SALES INVOICE - Personal Inmate Information

Hazelton USP
FCI
ACCOUNT No.  75840054          TF47597
JABER, FAOUZI
03/16/23 Time 12:56:54          TX ID 9596542
                                Receipt# 123

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $1,645.08

| QTY | DESCRIPTION | PRICE |
| --- | --- | --- |
| 2 | BLUE RASPBERRY | $3.00 |
| 5 | BRIDGE MIX 12/CS | $8.25 |
| 3 | BUMBLE BEE TUNA | $8.25 |
| 5 | CHOCOLATE PEANUT CLUSTER | $11.25 |
| 1 | CITY COW MOZZARELLA | $2.25 |
| 1 | COCA-COLA ZERO 12PK | $7.25 |
| 5 | COLGATE MED TOOTHBRUSH | $5.25 |
| 5 | DORITOS NACHO | $10.75 |
| 5 | FLAMIN HOT CHEETOS 16/CS | $11.25 |
| 10 | MEGA HONEY BUN 36/CS | $11.00 |
| 2 | OATMEAL CREAM/L.DEBBIE | $5.10 |
| 1 | PEPPERONI SLICES 18/CS | $2.55 |
| 2 | SALTINES #8436265 | $4.20 |
| 2 | WIRELESS NOTEBOOK 24/CS6501011 | $3.90 |
| | # ITEMS SOLD:  49 | |
| | CHARGE   75840054 | $94.25 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,550.83

Signature

10 (F)

**Attachment A**

*(For example, was the case dismissed?  Appealed?  Pending?)*

    7.     Approximate date of filing lawsuit: _____

    8.     Approximate date of  disposition. Attach copies: _____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?    ☐ Yes   ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _____

    _____

    _____

E.    Did you exhaust **ALL** available administrative remedies?
    ☐ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

    _____

    _____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

    1.     Parties to previous lawsuit:

         Plaintiff(s): _____

**Attachment A**

Defendant(s): _____

2.    Name and location of court and case number: _____

    _____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did.* ***You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.*** *Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE COMPLAINT WITH AN ADDITIONAL FILING FEE. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: PLAINTIFF SUFFERED CRUEL AND UNUSUAL PUNISHMENT BY OFFICERS AND EMPLOYEES OF BUREAU OF PRISONS WHO CONSPIRED TO HAVE PLAINTIFF KILLED BY PRISON INMATES

Supporting Facts: On January 28, 2023, March 29, 2023, and April 28, 2023, the plaintiff was assaulted by prison inmates who attempted to kill the plaintiff. Plaintiff was then placed in the Segregated Housing Unit with inmate Patrick Greayen, who was known by prison staff to be a dangerous person with mental

- CONTINUED -

CLAIM 2: DUE TO THE NEGLIGENCE AND/OR DELIBERATE INDIFFER-ENCE OF THE DEFENDANTS, AND EACH OF THEM, THE PLAINTIFF SUFFERED PHYSICAL ASSAULTS ON HIS PERSON BY PRISON INMATES DURING 2023

Supporting Facts: During the months of January, 2023, through

CONTINUED, from CLAIM ONE (Page 12):

problems. During the months of May and June, 2023, the plaintiff was assaulted by inmate Patrick Greayen, and severely beaten, including on at least one occasion, stabbed and cut by Patrick Greayen, who used a homemade weapon. Despite protests, complaints, and pleas, by the plaintiff to prison staff, including the defendants herein named, including personnel from the Medical Department, and defendant Nurse T. Keener, the plaintiff was not protected from the physical assaults by inmate Patrick Greayen.

On several occasions, inmate Patrick Greayen attempted to poison the plaintiff by placing foreign substances in his food and drink. That, as a result of those assaults, the plaintiff was forced to sleep on the concrete floor, under his bunk bed, in order to protect himself from the continued assaults by inmate Patrick Greayen. Medical personnel refused to treat the wounds suffered by the plaintiff, or to take measures to insure his safety. The foregoing assaults continued during the months of May and June, 2023. In addition to assaulting the plaintiff, inmate Pa;ltrick Greayen, also, engaged in self-mutilation by slashing his arms and wrists on different occasions, which further placed defendants on notice of his dangerousness.

12(a)

**Attachment A**



- CONTINUED -

CLAIM 3: DEFENDANTS DELIBERATELY CAUSED THE DESTRUCTION OR THEFT OF PLAINTIFF'S PERSONAL PROPERTY PURCHASED FROM THE PRISON'S COMMISSARY

Supporting Facts: Following placement of the plaintiff in the Segregated Housing Unit on April 28, 2023, Corrections Officers allowed other inmates to steal over $2,000.00 in value of the plaintiff's personal properties.

CLAIM 4: DEFENDANTS McCAUL AND VANKRIK DESTROYED PLAINTIFF'S RELIGIOUS BOOKS WRITTEN IN ARABIC, WHICH WERE TO BE SHIPPED TO AFRICA BY THE DEFENDANTS, CONTRARY TO THE FIRST AMENDMENT

Supporting Facts: Plaintiff delivered various Muslim Religious bookds to defendants McCaul and Vankrik for shipping to Africa, but when plaintiff was placed in the SHU, some of those books were destroyed by defendants and not returned to the plaintiff.

CLAIM 5: DEFENDANTS INTERFERED WITH PLAINTIFF'S ACCESS TO THE COURTS BY NOT DELIVERING LEGAL MAIL TO HIM FROM A FEDERAL COURT, WHICH CAUSED DISMISSAL OF A PENDING APPEAL ON HIS CONVICTION

Supporting Facts: In Case No. 22-149, Plaintiff's appeal from his criminal conviction was under review. The appeal was dismissed when briefing deadlines were missed due to the non-delivery of court orders, regarding those deadlines, by defendants. Plaintiff was in the SHU and unable to stay current on those deadlines.

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. Plaintiff lost the benefit of a right to appeal his criminal conviction and sentence due to the action and conduct of defendants in destroying his legal papers from the Second Circuit in Case No. 22-149; Plaintiff sustained loss of liberty, and monetary damages, from defendants actions.

CONTINUED, from CLAIM TWO (Page 13):

June, 2023, the plaintiff was the victim of several assaults by prison inmates, including defendants Williams Raphael, Register No. 32250-074; and Patrick Greayen, Register No. 49964-509, who beat and stabbed the plaintiff, all with the knowledge and patent permission of prison staff members.

That on April 28, 2023, the Officer in Unit L-4, Cell # 417 (where the plaintiff was assigned), orally informed the plaintiff that prison staff wanted him killed. Consequently, officers with SIS caused the plaintiff to be removed from the prison's general inmate population and placed in the Segregated Housing Unit ("SHU"). The SIS officer advised the plaintiff that he was to be transferred to another prison because his life was in danger at FCI - Hazelton. However, once placed in the SHU, the officers assigned to the SHU refused to protect plaintiff from further assaults by placing him in a cell with dangerous and/or mentalll disturbed or deranged inmates, who continued to assault the plaintiff with the intent to kill the plaintiff. Prison staff, including the defendant Warden, defendant acting warden, and Captain Smith, were on notice of those assaults on the plaintiff but refused to take any action to protect the plaintiff.

13(a) Claim Two

That the defendants respective conduct and behavior was consistent with a pattern of behavior by the prison's staff, as occurred with prison inmate James (Whitey) Bulger, who was murdered as a direct result of deliberate action by employees of the Department of Justice, Federal Bureau of Prisons (See Report of DOJ Inspector General: "Investigation Finds Errors and 'Incompetence' Led Whitey Bulger's Death"). The homicide of Whitey Bulger occurred at the Hazelton Prison Complex, the same as defendants herein are employed.

13(b) Claim Two

BP-A0383
AUG 11

INMATE PERSONAL PROPERTY RECORD   CDFRM

## U.S. DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISON

| Institution: Haf FCI | 1. Name Jaber Faouzi | | |
|---|---|---|---|
| 2. Register No: 75840-054 | 3. Unit: | 4. Date & Time of Inventory: | |

5. Purpose of Inventory (Check one that applies): Date and Time of Action:

a. ___ Admission   b. ___ Hospital   c. ___ Writ   d. _X_ Transfer   e. ___ Detention

f. ___ Release   g. ___ Incoming Package   h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

| a. Personally Owned Items # / Article | Disp. | # / Article | Disp. | b. Hygiene, etc. # / Article | Disp. | d. Food # / Article | Disp. |
|---|---|---|---|---|---|---|---|
| ___ Address Book | ___ | ___ Plastic spoon, cup | ___ | ___ Aspirin | ___ | ___ Bean | ___ |
| ___ Batteries | ___ | ___ Playing Cards | ___ | ___ Body Soap | ___ | ___ Cake | ___ |
| ___ Belt | ___ | ___ Purse | ___ | ___ Cotton Swabs | ___ | ___ Candy | ___ |
| ___ Billfold | ___ | ___ Radio (w/earplug) | ___ | ___ Deodorant | ___ | ___ Chips | ___ |
| ___ Books, Reading | ___ | ___ Religious Medal | ___ | ___ Dental Floss | ___ | ___ Coffeemate | ___ |
| hard ___ soft ___ | | ___ Shirt/Blouse | ___ | ___ Dentures Powder | ___ | ___ Cold drink mix, soda | ___ |
| ___ Books, Religious | ___ | ___ Shoes | _X_ | ___ Hair Oil | ___ | ___ Cough Drops | ___ |
| hard ___ soft ___ | | ___ Shoes, shower | ___ | ___ Petroleum Jelly | ___ | ___ Fish Packs | ___ |
| ___ Boot | ___ | ___ Shoes, Slippers | ___ | ___ Menthol Rub | ___ | ___ Fruit | ___ |
| ___ Brassiere | ___ | ___ Shorts | ___ | ___ Razor | ___ | ___ Honey, Hi-protein | ___ |
| ___ Cap, Hat | ___ | ___ Skirt | ___ | ___ Shampoo | ___ | ___ Instant Coffee/Instant Chocolate | ___ |
| ___ Coat | ___ | ___ Slip | ___ | ___ Shaving Lotion | ___ | ___ Mayonnaise | ___ |
| ___ Comb | ___ | ___ Socks | ___ | ___ Skin Lotion | ___ | ___ Oatmeal | ___ |
| ___ Combination Lock | ___ | ___ Socks, Athletic | ___ | ___ Soap Dish | ___ | ___ Pepperoni | ___ |
| ___ Dress | ___ | ___ Stamps | ___ | ___ Toothbrush | ___ | ___ Noodles | ___ |
| ___ Eyeglass Case | ___ | ___ Stockings | ___ | ___ Toothbrush Holder | ___ | ___ Rice | ___ |
| ___ Eyeglasses | ___ | ___ Sunglasses | ___ | ___ Toothpaste | ___ | ___ Sausage | ___ |
| ___ Gloves | ___ | ___ Sweat pants | ___ | ___ Tweezers | ___ | ___ Spices | ___ |
| ___ Hairbrush/Pick | ___ | ___ T-Shirt | ___ | ___ | ___ | ___ Tea | ___ |
| ___ Handkerchief | ___ | ___ Sweat Shirt | ___ | ___ | ___ | ___ Vitamins | ___ |
| ___ Headphones | ___ | ___ Thermal Bottoms | ___ | | | | |
| ___ Laundry Jacket | ___ | ___ Thermal Top | ___ | c. Hobby craft | | | |
| ___ Laundry Detergent | ___ | ___ Underwear | ___ | | | | |
| ___ Legal Materials | _X_ | ___ Watch/Watchband | ___ | # / Article | Disp. | | |
| ___ Letters | ___ | ___ | ___ | | | e. Miscellaneous (List any damaged | |
| ___ Magazines | ___ | ___ | ___ | ___ | ___ | property and from where it was received; | |
| ___ Mirror | ___ | ___ | ___ | ___ | ___ | e.g. U.S. Marshal) | |
| ___ Nail Clippers | ___ | ___ | ___ | ___ | ___ | | |
| ___ Pen/Ballpoint | _X_ | ___ | ___ | ___ | ___ | | |
| ___ Pencils | ___ | ___ | ___ | ___ | ___ | | |
| ___ Personal Papers | _X_ | ___ | ___ | ___ | ___ | | |
| ___ Photo Album | ___ | ___ | ___ | ___ | ___ | | |
| ___ Photo | ___ | ___ | ___ | ___ | ___ | | |
| ___ Plastic Bowl Plastic Spoon, cup | ___ | ___ | ___ | ___ | ___ | | |

8. Items Alleged by Inmate to Have Value Over $100.00

| Description of Property | Value Alleged by Inmate |
|---|---|
| | |

___ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee): _____

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____   Date: _____   Time: _____

I have today reviewed the property returned to me. ___ INP

Signature of Inmate          Register # 75840-054          Date          Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: B. Watson _____   Date: 6/21/23   Time: 114

I have today reviewed the property returned to me. X _____

Signature of Inmate          Register # 75840054          Date          Time

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510

PRINTED ON RECYCLED PAPER

Replace of BP-S383 of AUG 94

CONTINUED, from CLAIM FIVE:

The property receipt of June 14, 2023, establishes that plaintiff's "legal materials" were included in the property shipped by officers of the Bureau of Prisons (FCI - Hazelton), to FCI - Gilmer (Exhibit "A"). Those papers were never provided to the plaintiff after his arrival at FCI - Gilmer.

The plaintiff was in Segregated Housing Unit at all times pertinent to the foregoing dates and facts, thus, he could not have signed the foregoing receipts. See page six of the Docket Control Sheet (May 2, 2023). Plaintiff was transferred the same day as appears on the receipt. The receipt recites that the plaintiff was not present when the property and items were packaged for the transfer.

An inventory was conducted on June 24, 2023 (Exhibit "B"), in which the plaintiff's property was, again, packed for storage and transfer. That receipt corroborates that some of plaintiff's property was recovered following the theft of it by inmates.

*APPEAL COURT DOCKET 22149* *22149*

13(c) 2 Claim Five

**22-149**

Faouzi Abdoul-Menhem Jaber
#75840-054
Federal Correctional Institution
Gilmer
P.O. Box 6000
Glenville, WV 26351

13 (D)

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: January 29, 2024
Docket #: 22-149cr
Short Title: United States of America v. Jaber

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 1:13-cr-485-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: McMahon

### CASE STATUS UPDATE NOTICE

In response to your letter dated 01/22/2024, your appeal is closed. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8560.

13 (ε)

## General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #: 22-149** | **Docketed:** 01/21/2022 |
| United States of America v. Jaber | **Termed:** 03/16/2023 |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** IFP Pending in USCA | |

**Case Type Information:**
    **1)** Criminal
    **2)** Post-Conviction
    **3)** none

**Originating Court Information:**
    **District:** 0208-1 : 1:13-cr-485-1
    **Trial Judge:** Colleen McMahon, U.S. District Judge
    **Date Filed:** 06/26/2013

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 01/04/2022 | 01/20/2022 | 01/21/2022 |

**Prior Cases:**
    18-435    **Date Filed:** 02/16/2018    **Date Disposed:** 03/15/2018    **Disposition:** FRAP 42 P
Stipulation with prejudice

**Current Cases:**
    None

**Panel Assignment:**    Not available

| | |
|---|---|
| United States of America<br>    Appellee USA | Won S. Shin, Assistant U.S. Attorney<br>[COR NTC US Attorney]<br>United States Attorney's Office for the Southern<br>District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007<br><br>George Turner, Assistant United States Attorney<br>Direct: 212-637-2562<br>[COR NTC US Attorney]<br>United States Attorney's Office for the Southern<br>District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007 |

------------------------------

13 (F)

Khaled El Merebi, AKA Short, AKA Papa Natal
        Defendant

Ali Fayad
        Defendant

-------------------------

| | |
|---|---|
| Faouzi Abdoul-Menhem Jaber, AKA Excellence (Federal Prisoner: 75840-054)<br>    Defendant - Appellant | Faouzi Abdoul-Menhem Jaber, -<br>**Terminated:** 06/26/2023<br>[NTC Pro Se]<br>Federal Correctional Institution Hazelton<br>P.O. Box 5000<br>Bruceton Mills, WV 26525<br><br>Faouzi Abdoul-Menhem Jaber, -<br>[NTC Pro Se]<br>Federal Correctional Institution Gilmer<br>P.O. Box 6000<br>Glenville, WV 26351<br><br>Alexei Schacht, Esq., -<br>**Terminated:** 08/31/2022<br>Direct: 646-729-8180<br>[COR NTC -]<br>Alexei Schacht, Attorney at Law<br>123 West 94th Street<br>New York, NY 10025 |

United States of America,

        Appellee,

v.

Khaled El Merebi, AKA Short, AKA Papa Natal, Ali Fayad,

        Defendants,

Faouzi Abdoul-Menhem Jaber, AKA Excellence,

        Defendant - Appellant.

01/21/2022     ☐    1

13 (G)

| | | | |
|---|---|---|---|
| | 19 pg, 308.61 KB | | NOTICE OF CRIMINAL APPEAL, with district court docket, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. [3250022] [22-149] [Entered: 01/26/2022 10:19 AM] |
| 01/21/2022 | 2<br>7 pg, 163.29 KB | | DISTRICT COURT DECISION AND ORDER DENYING DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE, dated 01/04/2022, RECEIVED.[3250027] [22-149] [Entered: 01/26/2022 10:21 AM] |
| 01/21/2022 | 3<br>15 pg, 314.02 KB | | ELECTRONIC INDEX, in lieu of record, FILED.[3250028] [22-149] [Entered: 01/26/2022 10:22 AM] |
| 01/27/2022 | 6<br>1 pg, 60.53 KB | | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee USA United States of America, FILED. Service date 01/27/2022 by CM/ECF. [3250669] [22-149] [Entered: 01/27/2022 09:35 AM] |
| 01/27/2022 | 7 | | ATTORNEY, George Turner for United States of America, in case 22-149, [6], ADDED.[3250695] [22-149] [Entered: 01/27/2022 09:46 AM] |
| 02/10/2022 | 8<br>1 pg, 132.44 KB | | ORDER, dated 02/10/2022, dismissing appeal by 02/24/2022, unless Appellant Faouzi Abdoul-Menhem Jaber, submits an Acknowledgment and Notice of Appearance, FILED.[3258889] [22-149] [Entered: 02/10/2022 11:57 AM] |
| 02/10/2022 | 9<br>1 pg, 133.15 KB | | ORDER, dated 02/10/2022, dismissing appeal by 02/24/2022, unless Appellant Faouzi Abdoul-Menhem Jaber, submits Form B, FILED. [3258892] [22-149] [Entered: 02/10/2022 12:04 PM] |
| 04/05/2022 | 10<br>3 pg, 149.17 KB | | PRO SE DOCUMENTS, to attorney Alexei Schacht, SENT.[3291975] [22-149] [Entered: 04/06/2022 09:15 AM] |
| 05/16/2022 | 14 | | MOTION, to be relieved as attorney, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 05/16/2022 by CM/ECF. [3315233] [22-149] [Entered: 05/16/2022 07:40 AM] |
| 05/16/2022 | 15<br>2 pg, 148.3 KB | | DEFECTIVE DOCUMENT, Motion to be relieved as Counsel, [14], on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED.[3315259] [22-149] [Entered: 05/16/2022 08:53 AM] |
| 05/23/2022 | 18<br>1 pg, 131.79 KB | | STRIKE ORDER, striking Appellant Faouzi Abdoul-Menhem Jaber Motion to be relieved as counsel, [14] from the docket, FILED. [3319695] [22-149] [Entered: 05/23/2022 12:55 PM] |
| 08/12/2022 | 25<br>1 pg, 132.8 KB | | ORDER, dated 08/12/2022, dismissing appeal by 08/26/2022, unless Appellant Faouzi Abdoul-Menhem Jaber, submits an Acknowledgment and Notice of Appearance, FILED.[3364469] [22-149] [Entered: 08/12/2022 12:21 PM] |
| 08/12/2022 | 26<br>1 pg, 133.43 KB | | ORDER, dated 08/12/2022, dismissing appeal by 08/26/2022, unless Appellant Faouzi Abdoul-Menhem Jaber, submits Form B, FILED. [3364480] [22-149] [Entered: 08/12/2022 12:27 PM] |
| 08/22/2022 | 27 | | |

13(H)

| | | |
|---|---|---|
| | 24 pg, 941.63 KB | PRO SE DOCUMENTS, to attorney Alexei Schacht, SENT.[3368719] [22-149] [Entered: 08/22/2022 10:18 AM] |
| 08/30/2022 | ☐ 30<br>3 pg, 239.87 KB | MOTION, to be relieved as attorney, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 08/30/2022 by CM/ECF, US mail. [3374358] [22-149] [Entered: 08/30/2022 10:53 PM] |
| 08/31/2022 | ☐ 33<br>1 pg, 150.19 KB | MOTION ORDER, granting motion to be relieved as attorney [30] filed by Appellant Faouzi Abdoul-Menhem Jaber, FILED. [3374920][33] [22-149] [Entered: 08/31/2022 03:57 PM] |
| 08/31/2022 | ☐ 34 | ATTORNEY, Alexei Schacht, for Faouzi Abdoul-Menhem Jaber, TERMINATED.[3374924] [22-149] [Entered: 08/31/2022 03:59 PM] |
| 08/31/2022 | ☐ 36<br>1 pg, 90.09 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[3374929] [22-149] [Entered: 08/31/2022 04:03 PM] |
| 10/03/2022 | ☐ 37<br>1 pg, 134.8 KB | ORDER, dated 10/03/2022, stating this appeal may be subject to dismissal by 10/24/2022, unless Appellant Faouzi Abdoul-Menhem Jaber, submits Form B, copy sent to pro se appellant, FILED.[3392156] [22-149] [Entered: 10/03/2022 09:22 AM] |
| 10/03/2022 | ☐ 38<br>1 pg, 135.31 KB | ORDER, dated 10/03/2022, stating this appeal may be subject to dismissal by 10/24/2022, unless Appellant Faouzi Abdoul-Menhem Jaber, submits an Acknowledgment and Notice of Appearance, copy sent to pro se appellant, FILED.[3392165] [22-149] [Entered: 10/03/2022 09:28 AM] |
| 10/21/2022 | ☐ 39<br>4 pg, 141.86 KB | LETTER, dated 10/11/2022, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, informing the Court that Federal Correctional Institution is on lockdown, RECEIVED. Service date 10/11/2022 by US mail. [3407475] [22-149] [Entered: 10/25/2022 02:53 PM] |
| 10/25/2022 | ☐ 42<br>3 pg, 141 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Party Faouzi Abdoul-Menhem Jaber, FILED. Service date 10/20/2022 by US mail.[3409041] [22-149] [Entered: 10/27/2022 12:44 PM] |
| 10/25/2022 | ☐ 43<br>3 pg, 132.89 KB | FORM B, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 10/20/2022 by US mail.[3409044] [22-149] [Entered: 10/27/2022 12:45 PM] |
| 10/25/2022 | ☐ 48<br>5 pg, 272 KB | MOTION, for appointment of CJA counsel, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 10/20/2022 by US mail.[3410080] [22-149] [Entered: 10/28/2022 03:48 PM] |
| 10/27/2022 | ☐ 45<br>1 pg, 151.39 KB | MOTION ORDER, IT IS HEREBY ORDERED that Appellant is GRANTED a 14-day extension, to November 10, 2022 [39] filed by Appellant Faouzi Abdoul-Menhem Jaber, by AJN, FILED. [3409290] [45] [22-149] [Entered: 10/27/2022 03:59 PM] |
| 10/28/2022 | ☐ 49<br>2 pg, 149.79 KB | DEFECTIVE DOCUMENT, Motion for appointment of CJA counsel, [48], on behalf of Appellant Faouzi Abdoul-Menhem Jaber, copy sent to |

13(i)

| | | | |
|---|---|---|---|
| | | | pro se appellant, FILED.[3410089] [22-149] [Entered: 10/28/2022 03:51 PM] |
| 11/01/2022 | ☐ | 50<br>2 pg, 83.29 KB | PAPERS, request for a From B Criminal Transcript Request, RECEIVED.[3411815] [22-149] [Entered: 11/01/2022 04:10 PM] |
| 11/14/2022 | ☐ | 51<br>7 pg, 244.41 KB | MOTION, for appointment of CJA counsel, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 11/07/2022 by US mail.[3420796] [22-149] [Entered: 11/16/2022 01:05 PM] |
| 11/16/2022 | ☐ | 52 | CURED DEFECTIVE MOTION FOR APPOINTMENT OF CJA COUNSEL, [49], [51], on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED.[3420798] [22-149] [Entered: 11/16/2022 01:06 PM] |
| 11/22/2022 | ☐ | 59<br>14 pg, 825.69 KB | MOTION, to proceed in forma pauperis, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 11/10/2022 by US mail. [3424988] [22-149] [Entered: 11/23/2022 08:40 AM] |
| 11/29/2022 | ☐ | 62<br>2 pg, 63.03 KB | LETTER, dated 11/29/2022, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, Appellant request an updated docket sheet, RECEIVED. Service date 11/29/2022 by US mail.[3427643] [22-149] [Entered: 11/29/2022 12:11 PM] |
| 11/29/2022 | ☐ | 63<br>1 pg, 90.29 KB | NOTICE, Case Status, SENT.[3427650] [22-149] [Entered: 11/29/2022 12:14 PM] |
| 03/16/2023 | ☐ | 71<br>1 pg, 89.37 KB | NEW CASE MANAGER, Atasha Joseph, ASSIGNED.[3484552] [22-149] [Entered: 03/16/2023 11:19 AM] |
| 03/16/2023 | ☐ | 72<br>1 pg, 132.8 KB | MOTION ORDER, denying motion for appointment of CJA counsel [51] filed by Appellant Faouzi Abdoul-Menhem Jaber; denying motion to proceed in forma pauperis [59] filed by Appellant Faouzi Abdoul-Menhem Jaber, by PNL, DC, MP, copy sent to pro se, FILED. [3484562][72] [22-149] [Entered: 03/16/2023 11:26 AM] |
| 03/16/2023 | ☐ | 74<br>1 pg, 132.8 KB | APPEAL, pursuant to court order, dated 03/16/2023, DISMISSED. [3484568] [22-149] [Entered: 03/16/2023 11:28 AM] |
| 03/31/2023 | ☐ | 75<br>5 pg, 215.47 KB | MOTION, to extend time, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 03/28/2023 by US mail.[3493428] [22-149] [Entered: 04/03/2023 12:23 PM] |
| 04/12/2023 | ☐ | 79<br>1 pg, 151.58 KB | MOTION ORDER, granting motion to extend time to 04/19/2023 to file a motion for reconsideration or reconsideration en banc [75] filed by Appellant Faouzi Abdoul-Menhem Jaber, by MP, copy sent to pro se, FILED. [3497987][79] [22-149] [Entered: 04/12/2023 10:44 AM] |
| 04/26/2023 | ☐ | 80<br>1 pg, 744.83 KB | CERTIFIED COPY OF ORDER, dated 03/16/2023, determining the appeal to SDNY, copy sent to pro se, ISSUED.[Mandate][3505653] [22-149] [Entered: 04/26/2023 02:42 PM] |
| 05/01/2023 | ☐ | 81 | |

13(J)

| | | | |
|---|---|---|---|
| | 11 pg, 562.94 KB | | PAPERS, motion for reconsideration/reconsideration en banc, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, RECEIVED.[3508680] [22-149] [Entered: 05/02/2023 01:11 PM] |
| 05/01/2023 | ☐ | 82 | MOTION, to file late motion for reconsideration/reconsideration en banc, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 04/27/2023 by US mail.[3508684] [22-149] [Entered: 05/02/2023 01:13 PM] |
| 05/02/2023 | ☐ 2 pg, 128.28 KB | 83 | DEFECTIVE DOCUMENT, MOTION, to file late motion for reconsideration/reconsideration en banc, [82], on behalf of Appellant Faouzi Abdoul-Menhem Jaber, copy sent to pro se, FILED.[3508688] [22-149] [Entered: 05/02/2023 01:15 PM] |
| 06/23/2023 | ☐ 2 pg, 49 KB | 85 | LETTER, dated 06/19/2023, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, re: change of address and requesting docket sheet, RECEIVED. Service date 06/20/2023 by US mail.[3533634] [22-149] [Entered: 06/26/2023 12:09 PM] |
| 06/26/2023 | ☐ | 86 | ADDRESS CHANGE REQUEST, dated 06/26/2023, COMPLETED. [3533640] [22-149] [Entered: 06/26/2023 12:19 PM] |
| 06/26/2023 | ☐ 1 pg, 134.18 KB | 89 | STRIKE ORDER, striking Appellant Faouzi Abdoul-Menhem Jaber MOTION, to file late motion for reconsideration/reconsideration en banc [82] from the docket, copy sent to pro se, FILED.[3533654] [22-149] [Entered: 06/26/2023 12:46 PM] |
| 06/26/2023 | ☐ 1 pg, 90.68 KB | 90 | NOTICE, Case Status, SENT.[3533659] [22-149] [Entered: 06/26/2023 12:50 PM] |
| 07/07/2023 | ☐ 6 pg, 207.79 KB | 91 | MOTION, to recall mandate, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, FILED. Service date 06/28/2023 by US mail.[3539687] [22-149] [Entered: 07/11/2023 10:08 AM] |
| 07/11/2023 | ☐ 2 pg, 48.33 KB | 93 | LETTER, dated 07/05/2023, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, requesting docket sheet, RECEIVED. Service date 07/06/2023 by US mail.[3540466] [22-149] [Entered: 07/12/2023 01:13 PM] |
| 07/12/2023 | ☐ 1 pg, 90.58 KB | 94 | NOTICE, Case Status, SENT.[3540468] [22-149] [Entered: 07/12/2023 01:14 PM] |
| 08/21/2023 | ☐ 1 pg, 151.32 KB | 97 | MOTION ORDER, denying motion to recall mandate [91] filed by Appellant Faouzi Abdoul-Menhem Jaber, by PNL, DC, MP, copy sent to pro se, FILED. [3559161][97] [22-149] [Entered: 08/21/2023 02:22 PM] |
| 09/20/2023 | ☐ 2 pg, 34.3 KB | 98 | LETTER, dated 09/14/2023, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, requesting updated docket sheet, RECEIVED. Service date 09/15/2023 by US mail.[3571227] [22-149] [Entered: 09/20/2023 03:48 PM] |
| 09/20/2023 | ☐ 1 pg, 91.14 KB | 99 | NOTICE, Case Status, SENT.[3571229] [22-149] [Entered: 09/20/2023 03:48 PM] |

13 (k)

| | | | |
|---|---|---|---|
| 01/26/2024 | ☐ | <u>100</u><br>2 pg, 55.24 KB | LETTER, dated 01/22/2024, on behalf of Appellant Faouzi Abdoul-Menhem Jaber, requesting update of case, RECEIVED. Service date 01/22/2024 by US mail.[3606778] [22-149] [Entered: 01/29/2024 03:08 PM] |
| 01/29/2024 | ☐ | <u>101</u><br>1 pg, 91.13 KB | NOTICE, Case Status, SENT.[3606785] [22-149] [Entered: 01/29/2024 03:13 PM] |

13(L)

Select All    Clear All

◉ **Documents and Docket Report**
○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

Selected Pages: 0       Selected Size: 0 KB

View Selected

13(M)

BP-A0383
AUG 11

**INMATE PERSONAL PROPERTY RECORD** CDFRM

(58)

## U.S. DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISON

| Institution: HAF | 1. Name: Jaber, Faanzi |
|---|---|

| 2. Register No: 75 810-054 | 3. Unit: | 4. Date & Time of Inventory: 6/29/23   105 l |
|---|---|---|

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. ___ Admission     b. ___ Hospital     c. ___ Writ     d. _X_ Transfer     e. ___ Detention

f. ___ Release     g. ___ Incoming Package     h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated     M-Mail     S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

### 7. Type of Property:

| a. Personally Owned Items | | # Article | Disp. | b. Hygiene, etc. | Disp. | d. Food | Disp. |
|---|---|---|---|---|---|---|---|
| # Article | Disp. | Plastic spoon, cup | | Aspirin | | Bean | |
| Address Book | | Playing Cards | | Body Soap | | Cake | |
| Batteries | | Purse | | Cotton Swabs | | Candy | |
| Belt | | Radio (w/earplug) | | Deodorant | | Chips | |
| Billfold | | Religious Medal | | Dental Floss | | Coffeemate | |
| Books, Reading | | Shirt/Blouse | | Dentures Powder | | Cold drink mix, soda | |
| hard ___ soft ___ | | Shoes | | Hair Oil | | Cough Drops | |
| 23 Books, Religious | | Shoes, shower | | Petroleum Jelly | | Fish Packs | |
| hard 20 soft 3 | | Shoes, Slippers | | Menthol Rub | | Fruit | |
| Boot | | 2 Shorts | | Razor | | Honey, Hi-protein | |
| Brassiere | | Skirt | | Shampoo | | Instant Coffee/Instant Chocolate | |
| Cap, Hat | | Slip | | Shaving Lotion | | Mayonnaise | |
| Coat | | Socks | | Skin Lotion | | Oatmeal | |
| Comb | | Socks, Athletic | | Soap Dish | | Pepperoni | |
| 1 Combination Lock | | Stamps | | Toothbrush | | Noodles | |
| Dress | | Stockings | | Toothbrush Holder | | Rice | |
| Eyeglass Case | | Sunglasses | | Toothpaste | | Sausage | |
| Eyeglasses | | 2 Sweat pants | | Tweezers | | Spices | |
| Gloves | | 1 T-Shirt | | | | Tea | |
| Hairbrush/Pick | | 1 Sweat Shirt | | | | Vitamins | |
| Handkerchief | | Thermal Bottoms | | | | | |
| Headphones | | Thermal Top | | c. Hobby craft | | | |
| Laundry Jacket | | 1 Underwear | | | | | |
| Laundry Detergent | | Watch/Watchband | | # Article | Disp. | e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal) | |
| Legal Materials | | 1 Prayer Rug | | | | | |
| Letters | | 1 Books | | | | | |
| Magazines | | | | | | | |
| Mirror | | | | | | | |
| Nail Clippers | | | | | | | |
| Pen/Ballpoint | | | | | | | |
| Pencils | | | | | | | |
| Personal Papers | | | | | | | |
| Photo Album | | | | | | | |
| Photo | | | | | | | |
| Plastic Bowl Plastic Spoon, cup | | | | | | | |

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property | Value Alleged by Inmate

_X_ No individual item over $100.00     INP

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____     Date: 6/29/23   Time: 1051

I have today reviewed the property returned to me.

Signature of Inmate | Register # | Date | Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____     Date: 7/28/23   Time: 10 ___

I have today reviewed the property returned to me.

Signature of Inmate     13 (N) | Register # 75840054 | Date 7/28/23 | Time 10

Original: Central File; Copy: Inmate; R&D, Special Housing     Prescribed by P5510     ♻ PRINTED ON RECYCLED PAPER     Replace of BP-S383 of AUG 94

BP-A0383
AUG 11

INMATE PERSONAL PROPERTY RECORD   CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISON**

| Institution: HAF | 1. Name Jeuber, Faouzi |
|---|---|
| 2. Register No: 75840-084 | 3. Unit: | 4. Date & Time of Inventory: 6/29/23   1110 |

5.   Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. ___ Admission      b. ___ Hospital      c. ___ Writ      d. X Transfer      e. ___ Detention

f. ___ Release      g. ___ Incoming Package      h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated      M-Mail      S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

| a. Personally Owned Items | | |
|---|---|---|
| # | Article | Disp. |
| ___ | Address Book | ___ |
| ___ | Batteries | ___ |
| ___ | Belt | ___ |
| ___ | Billfold | ___ |
| ___ | Books, Reading | ___ |
| | hard ___ soft ___ | |
| ___ | Books, Religious | ___ |
| | hard ___ soft ___ | |
| ___ | Boot | ___ |
| ___ | Brassiere | ___ |
| ___ | Cap, Hat | ___ |
| ___ | Coat | ___ |
| ___ | Comb | ___ |
| ___ | Combination Lock | ___ |
| ___ | Dress | ___ |
| ___ | Eyeglass Case | ___ |
| ___ | Eyeglasses | ___ |
| ___ | Gloves | ___ |
| ___ | Hairbrush/Pick | ___ |
| ___ | Handkerchief | ___ |
| ___ | Headphones | ___ |
| 1 | Laundry Jacket | ___ |
| ___ | Laundry Detergent | ___ |
| 20 | Legal Materials | ___ |
| ___ | Letters | ___ |
| ___ | Magazines | ___ |
| ___ | Mirror | ___ |
| 1 | Nail Clippers | ___ |
| ___ | Pen/Ballpoint | ___ |
| ___ | Pencils | ___ |
| 14 | Personal Papers | ___ |
| ___ | Photo Album | ___ |
| ___ | Photo | ___ |
| 2 | Plastic Bowl Plastic Spoon, cup | ___ |

| # | Article | Disp. |
|---|---|---|
| 2 | Plastic spoon, cup | ___ |
| ___ | Playing Cards | ___ |
| ___ | Purse | ___ |
| ___ | Radio (w/earplug) | ___ |
| ___ | Religious Medal | ___ |
| ___ | Shirt/Blouse | ___ |
| ___ | Shoes | ___ |
| ___ | Shoes, shower | ___ |
| ___ | Shoes, Slippers | ___ |
| ___ | Shorts | ___ |
| ___ | Skirt | ___ |
| ___ | Slip | ___ |
| ___ | Socks | ___ |
| ___ | Socks, Athletic | ___ |
| 2 | Stamps (Books) | ___ |
| ___ | Stockings | ___ |
| ___ | Sunglasses | ___ |
| ___ | Sweat pants | ___ |
| ___ | T-Shirt | ___ |
| ___ | Sweat Shirt | ___ |
| ___ | Thermal Bottoms | 1 |
| ___ | Thermal Top | 1 |
| ___ | Underwear | ___ |
| ___ | Watch/Watchband | ___ |
| 1 | Tweezer | ___ |

| b. Hygiene, etc. | | |
|---|---|---|
| # | Article | Disp. |
| ___ | Aspirin | ___ |
| 2 | Body Soap | ___ |
| ___ | Cotton Swabs | ___ |
| ___ | Deodorant | ___ |
| ___ | Dental Floss | ___ |
| ___ | Dentures Powder | ___ |
| ___ | Hair Oil | ___ |
| ___ | Petroleum Jelly | ___ |
| ___ | Menthol Rub | ___ |
| 10 | Razor (single) | ___ |
| ___ | Shampoo | ___ |
| 1 | Shaving Lotion | ___ |
| ___ | Skin Lotion | ___ |
| 2 | Soap Dish | ___ |
| 3 | Toothbrush | ___ |
| ___ | Toothbrush Holder | ___ |
| ___ | Toothpaste | ___ |
| ___ | Tweezers | ___ |

c. Hobby craft

| # | Article | Disp. |
|---|---|---|
| | | |

| d. Food | | |
|---|---|---|
| # | Article | Disp. |
| ___ | Bean | ___ |
| ___ | Cake | ___ |
| ___ | Candy | ___ |
| ___ | Chips | ___ |
| ___ | Coffeemate | ___ |
| ___ | Cold drink mix, soda | ___ |
| ___ | Cough Drops | ___ |
| ___ | Fish Packs | ___ |
| ___ | Fruit | ___ |
| ___ | Honey, Hi-protein | ___ |
| ___ | Instant Coffee/Instant Chocolate | ___ |
| ___ | Mayonnaise | ___ |
| ___ | Oatmeal | ___ |
| ___ | Pepperoni | ___ |
| ___ | Noodles | ___ |
| ___ | Rice | ___ |
| ___ | Sausage | ___ |
| ___ | Spices | ___ |
| ___ | Tea | ___ |
| ___ | Vitamins | ___ |
| 1 | Aspirin | ___ |
| 4 | loratodine 10mg | ___ |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

| Description of Property | Value Alleged by Inmate |
|---|---|
| | |

X No individual item over $100.00      INP

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____   Date: 6/29/23  Time: 1110

I have today reviewed the property returned to me. _____   INP

| Signature of Inmate | Register # | Date | Time |
|---|---|---|---|

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____   Date: 7/28/23  Time: 12P

I have today reviewed the property returned to me. _____

| Signature of Inmate | Register # 758084 | Date 7/28 | Time |
|---|---|---|---|

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510      PRINTED ON RECYCLED PAPER      Replace of BP-S383 of AUG 94

BP-A0383
AUG 11

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISON**

| Institution: HAF | 1. Name: Jaber, Faouzi |
| 2. Register No: 75840-054 | 3. Unit: | 4. Date & Time of Inventory: 6/29/23 1232 |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. ___ Admission   b. ___ Hospital   c. ___ Writ   d. _X_ Transfer   e. ___ Detention

f. ___ Release   g. ___ Incoming Package   h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items: Address Book, Batteries, Belt, Billfold, Books Reading, Books Religious, Boot, Brassiere, Cap Hat, Coat, Comb, Combination Lock, Dress, Eyeglass Case, Eyeglasses, Gloves, Hairbrush/Pick, Handkerchief, Headphones, Laundry Jacket, Laundry Detergent, Legal Materials, Letters, Magazines, Mirror, Nail Clippers, Pen/Ballpoint, Pencils, Personal Papers, Photo Album, Photo, Plastic Bowl Plastic Spoon cup; Plastic spoon cup, Playing Cards, Purse, Radio, Religious Medal, Shirt/Blouse, Shoes, Shoes shower, Shoes Slippers, Shorts, Skirt, Slip, Socks, Socks Athletic, Stamps, Stockings, Sunglasses, Sweat pants, T-Shirt, Sweat Shirt, Thermal Bottoms, Thermal Top, Underwear, Watch/Watchband

b. Hygiene: Aspirin, Body Soap, Cotton Swabs, Deodorant, Dental Floss, Dentures Powder, Hair Oil, Petroleum Jelly, Menthol Rub, Razor, Shampoo, Shaving Lotion, Skin Lotion, Soap Dish, Toothbrush, Toothbrush Holder, Toothpaste, Tweezers

c. Hobby craft

d. Food: Bean, Cake, Candy, Chips, Coffeemate, Cold drink mix soda, Cough Drops, Fish Packs, Fruit, Honey Hi-protein, Instant Coffee/Chocolate, Mayonnaise, Oatmeal, Pepperoni, Noodles, Rice, Sausage, Spices, Tea, Vitamins

e. Miscellaneous

8. Items Alleged by Inmate to Have Value Over $100.00

_X_ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: ...
COMMENTS:
Printed Name/Signature of Receiving Officer: _____   Date: 6/29/23   Time: 1232
I have today reviewed the property returned to me. _____

b. Upon release ...
COMMENTS:
Printed Name/Signature of Receiving Officer: _____   Date: 6/28/23   Time: 124
I have today reviewed the property returned to me. _____   Register # 75840054   7/28   124

Original: Central File; Copy: Inmate, R&D, Special Housing     Prescribed by P5510     Replace of BP-S383 of AUG 94

BP-A0383
AUG 11

INMATE PERSONAL PROPERTY RECORD   CDFRM   (65)

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISON

| Institution: HMF | 1. Name Jabor, Faouzi | | |
|---|---|---|---|
| 2. Register No: 75840-054 | 3. Unit: B | 4. Date & Time of Inventory: 6/29/23  1240 | |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: ____

a. ___ Admission    b. ___ Hospital    c. ___ Writ    d. _X_ Transfer    e. ___ Detention

f. ___ Release    g. ___ Incoming Package    h. ___ Other (specify) ____

6. Disposition (Disp.)
D-Donated    M-Mail    S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Address Book | |
| | Batteries | |
| | Belt | |
| | Billfold | |
| 1 | Books, Reading | |
| | hard ___ soft 1 | |
| 22 | Books, Religious | |
| | hard 17 soft 3 | |
| | Boot | |
| | Brassiere | |
| | Cup, Hat | |
| | Coat | |
| | Comb | |
| | Combination Lock | |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick | |
| | Handkerchief | |
| | Headphones | |
| | Laundry Jacket | |
| | Laundry Detergent | |
| | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pen/Ballpoint | |
| | Pencils | |
| | Personal Papers | |
| | Photo Album | |
| | Photo | |
| | Plastic Bowl Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Socks | |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweat pants | |
| | T-Shirt | |
| | Sweat Shirt | |
| | Thermal Bottoms | |
| | Thermal Top | |
| | Underwear | |
| | Watch/Watchband | |

b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| | Aspirin | |
| | Body Soap | |
| | Cotton Swabs | |
| | Deodorant | |
| | Dental Floss | |
| | Dentures Powder | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| | Razor | |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap Dish | |
| | Toothbrush | |
| | Toothbrush Holder | |
| | Toothpaste | |
| | Tweezers | |

c. Hobby craft

| # | Article | Disp. |
|---|---|---|
| | | |

d. Food

| # | Article | Disp. |
|---|---|---|
| | Bean | |
| | Cake | |
| | Candy | |
| | Chips | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| | Noodles | |
| | Rice | |
| | Sausage | |
| | Spices | |
| | Tea | |
| | Vitamins | |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property                                        Value Alleged by Inmate

_X_ No individual item over $100.00    INP

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: ____    Date: 6/29/23   Time: 1240

I have today reviewed the property returned to me. INP

Signature of Inmate ____    Register # ____    Date ____    Time ____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: BWMS ____    Date: 7/08/23   Time: 124

I have today reviewed the property returned to me. ____

Signature of Inmate    13    Register # 75840054    Date 7/08    Time 124

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510          PRINTED ON RECYCLED PAPER          Replace of BP-S383 of AUG 94

**Attachment A**

_____

_____

_____

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

For judgment against the defendants, jointly and severally, in the sum of Twenty-Million Dollars, for compensatory damages; and for an award of punitive damges in a sum of money to be determined by a trial, including interest and costs.

Judgment in the amount of $470.00 on the claim against Williams Raphael

Judgment in the sum of $3,900.00, against the defendants, jointly and severally for the theft of plaintiff's property on April 28, 2023.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Glenville, WV___ on ___02-09-24___ .

   (Location)         (Date)

_____
Your Signature