# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

FAOUZI JABER,

      Plaintiff,

 v.                                          Civil Action No. 5:24-CV-25
                                            Judge Bailey

WARDEN RAY, ACTING WARDEN,
et al.,

      Defendants.

## <u>DECLARATION OF MISTY SHAW</u>

In accordance with the provisions of 28 U.S.C. § 1746, I, the undersigned, Misty Shaw, do hereby make the following declaration pertinent to the above-styled cause of action:

1.      I, Misty Shaw, am presently the Paralegal at the Mid-Atlantic Regional Office of the Federal Bureau of Prisons (the "<u>Bureau</u>").  I have held this position since March 2019 and began my employment with the Bureau on July 11, 2004.

2.      As Paralegal, I have access to the official records compiled and maintained by the Bureau, many of which are located in the Bureau's computerized records system ("<u>SENTRY</u>"), the Electronic Inmate Central File, inmate files, and Content Manager, which is a system that contains the complete administrative tort records filed by inmates in the Bureau.  Additionally, I am responsible for logging each administrative tort claim that the Mid-Atlantic Regional Office receives from inmates at institutions within the region into the Content Manager system.

3.      I have reviewed the computerized SENTRY records of Plaintiff Faouzi Jaber ("<u>Plaintiff</u>"), Federal Register Number 75840-054, as well as the records maintained for Plaintiff within the Electronic Inmate Central File, his inmate files, and the Content Manager system.

1

4.     I hereby certify that all of the attached documents—Exhibits A through H—are true and accurate copies of official records received, compiled, and maintained in the ordinary course of business by the Bureau.

5.     Plaintiff is currently serving a 180-month term of imprisonment for Conspiracy to Provide Material Support or Resources to a Foreign Terrorist Organization, in violation of 18 U.SC. § 2339B(a)(1), (d)(1)(C), (d)(1)(D), (d)(1) and § 3238.  *See* Exhibit A, Public Information Inmate Data for Plaintiff, at p. 2.  He currently has a projected good conduct time release date of January 15, 2027.  *See id.*

6.     Plaintiff was previously designated to the Federal Correctional Institution Hazelton ("Hazelton") in Bruceton Mils, West Virginia between August 24, 2021, and June 15, 2023. Following his transfer from FCI Hazelton, Plaintiff is designated to the Federal Correctional Institution Gilmer in Glenville, West Virginia.  *See* Exhibit B, Inmate History.

**BOP Tort Claim Process**

7.     BOP Program Statement 1320.06, Federal Tort Claims Act, governs the practice and processing of administrative tort claims filed with the BOP.  This policy is publicly available for all inmates.

8.     An inmate may file a claim for personal injury or injury to or loss of personal property if they are either the injured person or the owner of the damaged or lost property within two years after the claim accrues.  *See* BOP Program Statement 1320.06 at p. 3; *see also* 28 C.F.R. § 543.31.

9.     The inmate must obtain and fill out a Claim for Damage, Injury, or Death and Instructions form (SF-95) with all necessary information, including the date of the incident, place where the incident occurred, explanation of events, witnesses, description of injury or property

loss, sum certain claimed, date of claim, and claimant's signature. *See* BOP Program Statement 1320.06 at p. 3. Inmates may obtain the SF-95 form from staff at the institution where they are incarcerated. *Id.*

10.    Once the SF-95 form is complete, the inmate must then mail the claim to the regional office in the region where the claim occurred. *Id.* at p. 4.

11.    Upon receipt of the tort claim, staff at the regional office will date stamp the claim form. *Id.* at p. 5; *see also* 28 C.F.R. § 543.32.

12.    Staff will then draft and send the inmate an acknowledgement letter indicating the filing date, *i.e.*, the date that the claim was first received by the office, and providing a tort claim number. *See* BOP Program Statement 1320.06 at p. 4.

13.    Once an acknowledgement letter is sent, staff will request that the institution conduct an investigation into the matter. *Id.* at p. 5.

14.    Upon completion of the investigation, the institution will send a report back to the regional office. *Id.* at pp. 5–6.

15.    Legal staff will review the investigation and the supporting evidence and render a decision, either denying the claim or proposing settlement of the claim. *Id.* at pp. 6–7. Generally, the inmate will receive a decision within six months of when the inmate properly filed the claim. *Id.* at 7–8.

**<u>Plaintiff's Tort Claims</u>**

16.    Plaintiff has filed seven (7) tort claims during his incarceration, four of which were filed while he was at Hazelton and are relevant to the instant case.

a.    On February 16, 2023, the Mid-Atlantic Regional Office received the claim form (dated February 13, 2023) for tort claim number TRT-MXR-2023-03010 from Plaintiff,

wherein he requested $2,500.00 for lost property that was allegedly stolen by other inmates. *See* Exhibit C, Claim File for Administrative Claim No. TRT-MXR-2023-03010.

       i.     On February 24, 2023, Plaintiff's claim was denied because his claim failed to reveal that he suffered a compensable property damage due to the negligence of a government employee acting within their scope of employment.

       b.     On August 19, 2023, the Mid-Atlantic Regional Office received the claim form (dated August 8, 2023) for tort claim number TRT-MXR-2023-07485 from Plaintiff, wherein he requested 5 million dollars in personal injury and $2,500 in property damage due to his placement in the Special Housing Unit ("SHU") and that staff allegedly allowed other inmates to steal his personal items. *See* Exhibit D, Claim File for Administrative Claim No. TRT-MXR-2023-07485.

       i.     On August 23, 2023, the Mid-Atlantic Regional Office issued a letter acknowledging receipt of the claim. The Mid-Atlantic Regional Office referred the claim to FCC Hazelton for investigation.

       ii.     An investigation took place and the investigation report and findings were presented to the Mid-Atlantic Regional Office.

       iii.     On February 12, 2024, following the investigation, Plaintiff's claim was denied because it "failed to reveal that [he] suffered a compensable personal injury due to the negligence of a government employee acting within the scope of employment." Additionally, it noted that inmates are responsible for securing their personal property to prevent theft by other inmates and that the BOP is not an insurer of inmate property. Therefore, both claims were denied. *See id.*

       c.     On December 9, 2023, the Mid-Atlantic Regional Office received the claim

form (dated August 9, 2023) for tort claim number TRT-MXR-2023-01411 from Plaintiff, wherein he alleged physical and mental injuries based on an alleged assault by other inmates and staff members alleged failure to intervene or help.  He requested twenty million dollars in personal injury damages and $3,900 property damages.  *See* Exhibit E, Claim File for Administrative Claim No. TRT-MXR-2023-01411.

       i.      On December 12, 2023, the Mid-Atlantic Regional Office issued a letter acknowledging receipt of the claim.  *See id.* at p. 10.  On that same date, the Mid-Atlantic Regional Office referred the claim to FCC Hazelton for investigation.  *See id.*

       ii.      An investigation took place and the investigation report and findings were presented to the Mid-Atlantic Regional Office.  *See id.*

       iii.      On January 24, 2024, Plaintiff's claim was rejected.  *See id.* at p. 43.  Specifically, the Mid-Atlantic Regional Office advised Plaintiff that "other than the monetary relief sought, this claim is duplicative of TRT-MXR-2023-07485." *See id.*

       d.      On October 23, 2023, the Mid-Atlantic Regional Office received the claim form (dated October 19, 2023) for tort claim number TRT-MXR-2024-00590 from Plaintiff, wherein he alleged that his storage locker was broken into by other inmates and his personal items were stolen.  He requested $2,500 in property damages.  *See* Exhibit F, Claim File for Administrative Claim No. TRT-MXR-2024-00590.

       i.      On or about October 31, 2023, the Mid-Atlantic Regional Office issued a letter acknowledging receipt of the claim.  *See id.* at p. 10.  On that same date, the Mid-Atlantic Regional Office referred the claim to FCC Hazelton for investigation.  *See id.*

       ii.      An investigation took place and the investigation report and findings were presented to the Mid-Atlantic Regional Office.  *See id.*

     iii.  On January 3, 2024, Plaintiff's claim was denied.  Specifically, the Mid-Atlantic Regional Office advised Plaintiff that his claim failed to reveal staff negligence and that the BOP is not an insurer of inmate property.

     iv.  On January 19, 2024, Plaintiff submitted a request for reconsideration claiming that BOP staff allowed other inmates to steal his property by failing to secure his locker.

     v.  On February 12, 2024, the request for reconsideration was denied because Plaintiff failed to provide new evidence showing that BOP staff were negligent in handling his property.

**BOP's Administrative Remedy Program**

17. BOP Program Statement 1330.18, Administrative Remedy Program governs the practice and processing of administrative remedies with the BOP.  This policy is publicly available for all inmates.

18. The BOP grievance process allows an inmate to voice concerns about his confinement. *See* 28 C.F.R. § 542.10 *et seq.* If an inmate cannot resolve a complaint informally within his correctional facility, he may file a written request to the Warden on a Form BP-9. 28 C.F.R. § 542.14(a). The BP-9 complaint must be filed within twenty (20) days after the event that forms the basis for the request. *Id.*

19. If the inmate is not satisfied with the Warden's response, he may appeal using a Form BP-10 to the appropriate BOP Regional Director within twenty (20) days of the Warden's response. 28 C.F.R. § 542.15(a). If the inmate reasonably believes that his complaint is too sensitive to be adequately addressed at his correctional facility, he may submit his request directly to the appropriate BOP Regional Director. 28 C.F.R. § 542.14(d)(1).

20. If the inmate remains unsatisfied, he may appeal to the BOP General Counsel using a Form BP-11 within thirty (30) days of the Regional Director's response. 28 C.F.R. § 542.15(a).

21. These deadlines can be extended if the inmate justifies the delay by presenting a valid reason that prevented him from promptly submitting his request. 28 C.F.R. § 542.14(b), 542.15(a). An appeal to the BOP General Counsel is the final administrative step, and an inmate cannot exhaust administrative remedies without pursuing his grievance at all levels of the administrative process. 28 C.F.R. § 542.15(a).

22. Attached hereto as Attachment G is a true and accurate copy of Petitioner's Administrative Remedy History.  This document reflects all of the formal BOP administrative grievances that Petitioner has filed.  The document contains the following pertinent information:

- REMEDY ID: This section lists the remedy ID associated with the grievance. Each administrative grievance is assigned a specific remedy ID. The numerical portion of the Remedy ID before the hyphen is known as the Case Number which is used to track subsequent submissions or appeals of the same administrative grievance. Following the hyphen, there is a Submission ID comprised of one letter and one number. The letter indicates which level of the BOP administrative remedy program has received the grievance. The letter "F" indicates that the submission was received by an individual federal correctional facility. The subsequent number indicates the number of times an inmate has submitted the same request at the same level of the BOP grievance program. The letter "R" indicates that the submission was received by individual regional office. The letter "A" indicates that the submission was received by the BOPs Central Office.

- RCV OFC: This section lists which level of the BOP administrative remedy program received the submission. Submissions received by a federal correctional facility are

listed using an abbreviation reflecting the name of the facility.

- FACL RCV: This section lists the federal correctional facility in which Plaintiff was incarcerated when he filed the administrative remedy request.

- DATE RCV: This section lists the date on which the administrative remedy submission was received and, therefore, considered filed.

- STATUS CODE: This section lists the status or disposition of the administrative remedy submission. The abbreviation "REJ" indicates that the submission was rejected.

- STATUS DATE: This section lists the date associated with the status or disposition of the administrative remedy submission.

23. Based on a review of Plaintiff's Administrative Remedy History, Plaintiff has filed a total of sixty-two (62) administrative remedies during his term of incarceration; three of which are relevant to the instant case.

   a.  Administrative remedy number 1153946

      i.  On March 10, 2023, Hazelton received administrative remedy number 1153946-F1 regarding "complaint against staff." Specifically, Plaintiff claimed that BOP staff allowed other inmates to steal his property. On April 4, 2023, the remedy was closed for informational purposes. *See* Attachment G; *see also* Attachment H.

      ii.  On April 24, 2023, the Mid-Atlantic Regional Office received administrative remedy number 1153946-R1 regarding "complaint against staff." On July 7, 2023, the remedy was closed for informational purposes. *Id.*

      iii. On August 10, 2023, Central Office received administrative remedy number 1153946-A1 regarding "complaint against staff." On August 18, 2023, the remedy was closed for informational purposes. *Id.*

b.  Administrative remedy number 1164663

      i. On June 9, 2023, the Mid-Atlantic Regional Office received administrative remedy number 1164663-R1 regarding "complaint against staff in re property not secured." On June 12, 2023, the remedy was rejected because Plaintiff failed to submit his remedy on the property form and because he failed to begin the remedy process at the institutional level. *See* Attachment G.

      ii. On December 12, 2023, Central Office received administrative remedy number 1164663-A1 regarding "complaint against staff in re property not secured." On December 18, 2023, the reedy was rejected because Central Office concurred with the Mid-Atlantic Regional Office's rationale. *Id.*

      iii. On March 28, 2024, the Mid-Atlantic Regional Office received administrative remedy number 1164663-R2 regarding "complaint against staff in re property not secured." On March 28, 2024, the remedy was rejected because Plaintiff did not begin the remedy process at the institutional level. *Id.*

      iv. On April 23, 2024, Central Office received administrative remedy number 1164663-A2 regarding "complaint against staff in re property not secured." On May 6, 2024, the remedy was rejected because it concurred with the rationale of the Mid-Atlantic Regional Office. *Id.*

    c.   Administrative remedy number 1192498

        i.  On March 8, 2024, Plaintiff filed administrative remedy number 1192498-R1 regarding "no access to religious books/blocked account." That same day the remedy was rejected for failure to begin the remedy process at the institutional level. *See* Attachment G.

       ii.  On April 23, 2024, Plaintiff filed administrative remedy number 1192498-A1 with Central Office. On May 6, 2024, Central Office rejected the remedy and concurred with the rationale of the Mid-Atlantic Regional Office. *Id.*

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, the foregoing is true and correct, to the best of my knowledge, and that all attached documents are true and correct copies of the documents maintained by the BOP in the ordinary course of business.

Executed on this __18th__ day of September 2024.

                            *Misty Shaw*
                            Misty Shaw
                            Paralegal
                            Mid-Atlantic Regional Office

# EXHIBIT A

```
MXRA4            *        PUBLIC INFORMATION       *       08-19-2024
PAGE 001         *           INMATE DATA           *       10:12:23
                          AS OF 08-19-2024


REGNO..: 75840-054 NAME: JABER, FAOUZI

                   RESP OF: GIL
                   PHONE..: 304-626-2500    FAX: 304-626-2693
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  69
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 01-15-2027                     PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *          PUBLIC INFORMATION          *          08-19-2024
PAGE 002        *              INMATE DATA            *          10:12:23
                            AS OF 08-19-2024


REGNO..: 75840-054 NAME: JABER, FAOUZI

                     RESP OF: GIL
                     PHONE..: 304-626-2500    FAX: 304-626-2693
FSA ELIGIBILITY STATUS IS: INELIGIBLE


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-15-2026

THE INMATE IS PROJECTED FOR RELEASE: 01-15-2027 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: S1 13 CR 485-01 (CM)
JUDGE...........................: MCMAHON
DATE SENTENCED/PROBATION IMPOSED: 02-01-2018
DATE COMMITTED..................: 03-27-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  890      18:2331-2339 TERRORISM
OFF/CHG: 18:2339B(A)(1)(D)(1)(C),(D)(1)(D),(D)(1)&3238 CONSPIRACY TO
         PROVIDE MATERIAL SUPPORT TO RESOURCES TO A FOREIGN TERRORIST
         ORGANIZATION (CT'S.1-3)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
 DATE OF OFFENSE................: 03-31-2014




G0002        MORE PAGES TO FOLLOW . . .
```

```
MXRA4            *        PUBLIC INFORMATION      *      08-19-2024
PAGE 003 OF 003 *             INMATE DATA         *      10:12:23
                        AS OF 08-19-2024


REGNO..: 75840-054 NAME: JABER, FAOUZI

                    RESP OF: GIL
                    PHONE..: 304-626-2500   FAX: 304-626-2693
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-17-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-31-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-01-2018
TOTAL TERM IN EFFECT............:  180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   15 YEARS
EARLIEST DATE OF OFFENSE........: 03-31-2014

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   04-05-2014   01-31-2018


TOTAL PRIOR CREDIT TIME.........: 1398
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 810
TOTAL GCT EARNED................: 540
STATUTORY RELEASE DATE PROJECTED: 01-15-2027
ELDERLY OFFENDER TWO THIRDS DATE: 04-04-2024
EXPIRATION FULL TERM DATE.......: 04-04-2029
TIME SERVED.....................:   10 YEARS      4 MONTHS    15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 69.1
PERCENT OF STATUTORY TERM SERVED: 81.1

PROJECTED SATISFACTION DATE.....: 01-15-2027
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

# EXHIBIT B

```
MXRA4  531.01 *                  INMATE HISTORY              *    08-19-2024
PAGE 001         *                  ADM-REL                   *    10:16:42


  REG NO..: 75840-054 NAME....: JABER, FAOUZI
   CATEGORY: ARS         FUNCTION: PRT       FORMAT:


FCL      ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 03-27-2024 1031 CURRENT
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-27-2024 0543 03-27-2024 1031
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 03-26-2024 0930 03-27-2024 0543
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-26-2024 0652 03-26-2024 0930
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 02-27-2024 1321 03-26-2024 0652
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-27-2024 0830 02-27-2024 1321
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 02-15-2024 1158 02-27-2024 0830
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-15-2024 0840 02-15-2024 1158
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 01-04-2024 1156 02-15-2024 0840
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-04-2024 0629 01-04-2024 1156
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 12-14-2023 1104 01-04-2024 0629
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-14-2023 0750 12-14-2023 1104
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 12-03-2023 2251 12-14-2023 0750
GIL      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-03-2023 1930 12-03-2023 2251
GIL      A-DES      DESIGNATED, AT ASSIGNED FACIL 06-15-2023 0929 12-03-2023 1930
9-Z      RELEASE    RELEASED FROM IN-TRANSIT FACL 06-15-2023 0929 06-15-2023 0929
9-Z      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-15-2023 0631 06-15-2023 0929
HAF      TRANSFER   TRANSFER                      06-15-2023 0631 06-15-2023 0631
HAF      A-DES      DESIGNATED, AT ASSIGNED FACIL 04-13-2023 0945 06-15-2023 0631
HAF      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 04-13-2023 0658 04-13-2023 0945
HAF      A-DES      DESIGNATED, AT ASSIGNED FACIL 08-24-2021 1741 04-13-2023 0658
A01      RELEASE    RELEASED FROM IN-TRANSIT FACL 08-24-2021 1741 08-24-2021 1741
A01      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-24-2021 0915 08-24-2021 1741
OKL      HLD REMOVE HOLDOVER REMOVED             08-24-2021 0815 08-24-2021 0815
OKL      A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-13-2021 1515 08-24-2021 0815
A01      RELEASE    RELEASED FROM IN-TRANSIT FACL 08-13-2021 1615 08-13-2021 1615
A01      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-13-2021 0956 08-13-2021 1615
COM      TRANSFER   TRANSFER                      08-13-2021 0956 08-13-2021 0956
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 07-19-2021 1045 08-13-2021 0956
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-19-2021 0741 07-19-2021 1045
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 12-21-2020 1056 07-19-2021 0741
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-21-2020 0842 12-21-2020 1056
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 06-19-2020 2308 12-21-2020 0842
COM      ADM CHANGE RELEASE FOR ADMISSION CHANGE 06-19-2020 2306 06-19-2020 2308
COM      A-BOP HLD  HOLDOVER FOR INST TO INST TRF 06-19-2020 2304 06-19-2020 2306
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-15-2020 2257 06-19-2020 2304
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 02-20-2020 1103 06-15-2020 2257
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-20-2020 0751 02-20-2020 1103
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 12-03-2019 1405 02-20-2020 0751
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-03-2019 1039 12-03-2019 1405
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 07-17-2019 1255 12-03-2019 1039



G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4  531.01 *                INMATE HISTORY             *   08-19-2024
PAGE 002 OF 002 *              ADM-REL                    *   10:16:42


  REG NO..: 75840-054 NAME....: JABER, FAOUZI
   CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL      ASSIGNMENT DESCRIPTION            START DATE/TIME STOP  DATE/TIME
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-16-2019 0435 07-17-2019 1255
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 06-14-2019 1534 07-16-2019 0435
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-14-2019 1234 06-14-2019 1534
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 08-21-2018 1230 06-14-2019 1234
COM      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-21-2018 0853 08-21-2018 1230
COM      A-DES      DESIGNATED, AT ASSIGNED FACIL 03-27-2018 1545 08-21-2018 0853
A02      RELEASE    RELEASED FROM IN-TRANSIT FACL 03-27-2018 1545 03-27-2018 1545
A02      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-27-2018 1000 03-27-2018 1545
OKL      HLD REMOVE HOLDOVER REMOVED            03-27-2018 0900 03-27-2018 0900
OKL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-26-2018 1735 03-27-2018 0900
4-A      RELEASE    RELEASED FROM IN-TRANSIT FACL 03-26-2018 1835 03-26-2018 1835
4-A      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-26-2018 0835 03-26-2018 1835
NYM      HLD REMOVE HOLDOVER REMOVED            03-26-2018 0835 03-26-2018 0835
NYM      A-HLD      HOLDOVER, TEMPORARILY HOUSED  02-01-2018 1753 03-26-2018 0835
NYM      ADM CHANGE RELEASE FOR ADMISSION CHANGE 02-01-2018 1752 02-01-2018 1753
NYM      A-PRE      PRE-SENT ADMIT, ADULT        11-22-2016 1425 02-01-2018 1752
NYM      L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 11-22-2016 1106 11-22-2016 1425
NYM      A-PRE      PRE-SENT ADMIT, ADULT        09-16-2016 1534 11-22-2016 1106
NYM      L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 09-16-2016 0950 09-16-2016 1534
NYM      A-PRE      PRE-SENT ADMIT, ADULT        04-06-2016 1814 09-16-2016 0950
NYM      COURT      COURT APPEARANCE W/SCHED RETRN 04-06-2016 0907 04-06-2016 1814
NYM      A-PRE      PRE-SENT ADMIT, ADULT        04-06-2016 0456 04-06-2016 0907




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT C

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>Federal Bureau of Prisons<br>Mid-Atlantic Regional Office<br>302 Sentinel Drive, (FTCA)<br>Annapolis Junction, MD 20701 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Jaber, Faouzi #75840-054<br>F.C.I. Hazelton<br>P.O. Box 5000<br>Bruceton Mills, WV 26525 |
|---|---|

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | July 31, 1955 | Divorced | Saturday 1-28-23 | 13:50 |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). On January 28th, 2023, I had my locker broken into by anthother inmate that was housed in the same unit I was housed in. This inmate's name is [redacted] and his Reg number is [redacted]. We were housed in Unit L-4 at F.C.I. Hazelton, in Bruceton Mills West Virginia. This inmates was imediately reported to staff after the incident was discovered by this reporting inmate. The Officer that it was reported to ( Officer [redacted] ) told this inmate tht he would make staff aware and that

| 9. | Continued on | PROPERTY DAMAGE | Additional Page |
|---|---|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Items stolen include food items, clothing items, shoes, radios, ear buds, head phones, thermals, and sweat suites, all located in my secured locker in unit L-4 at F.C.I. Hazelton

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED FEB 16 2023 By_____

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| $2,500.00 | | | $2,500.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | | 2-13-23 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No | |

| | |
|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

the  incident would be caught on CCTV, or in other words that
the security footage from the prison would show who it was
that stole the items and where they were dispersed.  The Captain
of F.C.I. Hazelton was informed by myself, and then SIS was
also informed by myself through the assistance of the Captain
giving them a letter I wrote up for me.  There has been no
investigation into this matter and the inmate that caused the
loss was never removed from the unit and placed in the S.H.U.
(Special Housing Unit) under investigation.  Due to staff negligence
and their refusal to act on their job duites and responsibilities,
another inmate ((                                        ) was also the
victim of theft by the same inmate.  Only this time this inmate
that staff was made aware of was breaking rules and causing
problems, assaulted this inmate with a lock to his head.  This
resulted in the unit's lock-down and what could easily be considered
a breach of security as staff was aware there was a potential
for conflick from this inmate.  At the least it was willful
endangerment of all inmates in the imediate housing unit and
by relation the whole yard, as staff refused to address the
situation and remove the inmate that had already stolen from
one inmate and was a known problem maker within the prison.
This behavior is tantimont to that which runs rampant by staff
here at F.C.I. Hazelton.  I had around 2,000 dollars of items
that were stolen from me by this inmate.  This includes items
all bought from the commissary department and that were authorized
through the prison for this inmate to have.  These items are
food items, clothing items, shoes, radios, MP-3 player, watch,
ear buds, head-phones, thermals, and sweat suites.  When calculated
from recipts, the total stolen at the B.O.P. negligence totals
around 1,600 dollars, then you include the allowed interest
of 30%, plus the allowed 30.00 dollars for postage, and this
claim is right at or just under 2,000 dollars.  However should
this claim go to court then it would also entitle this inmate
to include the filing fee of the suite in his claim which would
raise the claim by another 500.00 Dollars, or around 2,500.00
Dollars.  This inmate would like the amount of his items returned

to him on his inmate trust fund account so that he would be
able to replace the items that were stolen.  Please treat this
incident with due diligence so that the mistreatment of inmates
at F.C.I. Hazelton can be corrected.


2/13/2023
Date:

Respecfully Submitted,

Jaber, Faouzi
Reg. #75840-054
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

HAF92   606.00  *        MALE CUSTODY CLASSIFICATION FORM        *        08-12-2022

PAGE 001 OF 001                                                          09:39:26

                           (A) IDENTIFYING DATA

REG NO..: 75840-054                FORM DATE: 03-25-2022          ORG: DSC

NAME....: JABER, FAOUZI

SALES INVOICE - Personal Inmate Information
Hazelton USP
FCI
ACCOUNT No.  75840054          TF45096
JABER, FAOUZI
10/27/21 Time 12:36:14          TX ID 9033775
                              Receipt# 47

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,039.07

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | A&D OINTMENT | $6.30 |
| 5 | BIC PEN BLK 2 PK 12/CS | $5.50 |
| 10 | BIG TEXAS CINNAMON ROLL 36/CS | $7.00 |
| 7 | BRIDGE MIX 12/CS | $10.50 |
| 2 | CHILI CON QUESO CHEESE 24/CS | $3.60 |
| 13 | CINN RAISON BAGEL40/CS 8071125 | $7.15 |
| 5 | COLOSSAL CRUNCH 12/CS | $12.00 |
| 5 | DIAL ANTIBACTERIAL 72/CS | $7.75 |
| 3 | GRAHAM CRACKERS | $8.55 |
| 11 | GRANDMA'S CHOC BROWNIE CHIP CO | $5.50 |
| 2 | HALLS CHERRY STICK 20/CS | $2.50 |
| 10 | HONEY BUN 36/CS | $9.00 |
| 2 | LORATIDINE- ALLERGY 24/CS | $3.80 |
| 5 | MIXED NUTS KARS12/CS | $15.00 |
| 3 | MOON SOUR CRM&ONION CHIP 16/C | $3.60 |
| 2 | PAPER LEGAL YELLOW PAD 72/CS | $2.90 |
| 10 | PEANUTS KARS (60/CS) | $6.50 |
| 1 | R SWEATSHIRT XL | $16.90 |
| 3 | RAISIN BRAN 18/CS 80616121 | $8.55 |
| 2 | RUFFLES CHEDDAR & S.C. CHIP | $4.30 |
| 1 | SHABBANG CHIPS 16/CS | $1.20 |
| 1 | STANDARD ENVELOPE | $1.60 |
| 5 | STARLIGHT MINT 48/CS | $3.50 |
| 2 | SWEETMATE BLUE | $2.50 |
| 2 | SWISS ROLLS FRESHLEYS #2 | $3.80 |
| 2 | TANG BREAKFAST DRINK 18/CS | $3.90 |
| 5 | TEK PRO TOOTHBRUSH - SOFT | $2.75 |
| 4 | WIRELESS NOTEBOOK 24/CS | $7.80 |
| 2 | XL LS T | $20.80 |

# ITEMS SOLD: 126
     CHARGE   75840054     $194.75

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,844.32

Signature

SALES INVOICE
Hazelton USP
FCI

ACCOUNT No. 75840054
JABER, FAOUZI
12/01/21 Time 10:33:07

TF47597

TX ID 9073335
Receipt# 40

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,505.62

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | BIG KIT KAT 216/CS | $5.00 |
| 5 | BIG TEXAS CINNAMON ROLL 36/CS | $3.50 |
| 2 | BLACK FABRIC RIBBON *NEW* | $22.40 |
| 5 | BRIDGE MIX 12/CS | $7.50 |
| 10 | CINN RAISON BAGEL40/CS 8071125 | $5.50 |
| 2 | COLOMBIAN COFFEE 24/CS | $6.30 |
| 3 | COPY CARD (50) COPIES | $17.55 |
| 2 | CURRY SEASONING 12/CS | $2.50 |
| 5 | DOCUMENT FOLDER | $7.50 |
| 5 | DOUBLE DIPPED PEANUTS 12/CS | $7.50 |
| 2 | ENVELOPES 9 X 12 W/CLASP YELLO | $1.80 |
| 3 | FLAMIN HOT CHEETOS 16/CS | $5.55 |
| 4 | FRENCH VANILLA CREAMER(12/CS) | $17.60 |
| 2 | GRAHAM CRACKERS | $5.70 |
| 5 | GRANDMA'S CHOC BROWNIE CHIP CO | $2.50 |
| 5 | GREEN TAMALE | $7.75 |
| 2 | HEAVENLY TRAIL MIX | $6.30 |
| 5 | HONEY BUN 36/CS | $4.50 |
| 5 | HONEY ROASTED PEANUTS 42/CS | $4.00 |
| 7 | HOT TAMALES | $10.15 |
| 2 | LOUISIANA HOT SAUCE 24/CS | $1.90 |
| 2 | MOON SOUR CRM&ONION CHIP 16/C | $2.40 |
| 2 | NUTELLA 15/CS | $10.30 |
| 2 | PEANUT BUTTER 12/CS | $5.50 |
| 10 | PEANUTS KARS (60/CS) | $6.50 |
| 6 | PEPE'S CHILE PORK RIND | $7.80 |
| 1 | R SWEATPANT LG | $19.50 |
| 3 | RUFFLES CHEDDAR & S.C. CHIP | $6.45 |
| 3 | SHABBANG CHIPS 16/CS | $3.60 |
| 6 | SNICKERS ALMOND 288/CS | $5.70 |
| 5 | SOUR PUNCH BITES TROPICAL | $10.25 |
| 2 | STARLIGHT MINT 48/CS | $1.40 |
| 5 | STRAWBERRY CHSKE CUBE 12/CS | $7.75 |
| 2 | TOWN HOUSE ORIGINAL CRACKER | $5.20 |
| 10 | TRAILMIX KARS 48/CS | $7.00 |
| 5 | VANILLA WAFFY CUBES | $7.75 |

FCI
ACCOUNT No. 75840054                     TF45096
JABER, FAOUZI
12/16/21 Time 11:37:08                   TX ID 9093021
                                         Receipt# 13

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,245.52

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | AFTA AFTERSHAVE | $1.25 |
| 3 | CHOCOLATE CUPCAKE | $2.70 |
| 4 | COLOMBIAN COFFEE 24/CS | $12.60 |
| 2 | DOCUMENT FOLDER | $3.00 |
| 1 | DRY MILK BOX 12/CS | $4.70 |
| 2 | ENVELOPES 9 X 12 W/CLASP YELLO | $1.80 |
| 3 | FLAMIN HOT CHEETOS 16/CS | $5.55 |
| 2 | GRAHAM CRACKERS | $5.70 |
| 20 | HONEY ROASTED PEANUTS 42/CS | $16.00 |
| 1 | KEEFE DECAFF COFFEE(GREEN BAG) | $3.40 |
| 5 | LOUISIANA HOT SAUCE 24/CS | $4.75 |
| 10 | MACKEREL | $11.50 |
| 1 | MESH SHORTS XL | $18.85 |
| 3 | MOON SOUR CRM&ONION CHIP 16/C | $3.60 |
| 1 | RAISIN BRAN 18/CS 80616121 | $2.85 |
| 2 | SAZON SEASONING GOYA 36/CS | $3.20 |
| 1 | SHAVE GEL | $1.55 |
| 5 | STRAWBERRY CHSKE CUBE 12/CS | $7.75 |
| 3 | TEK PRO TOOTHBRUSH - SOFT | $1.65 |
| 2 | TOWN HOUSE ORIGINAL CRACKER | $5.20 |
| 5 | VANILLA WAFFY CUBES | $7.75 |
| 4 | WIRELESS NOTEBOOK 24/CS | $7.80 |
| | # ITEMS SOLD: 81 | |
| | CHARGE  75840054 | $133.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,112.37

Signature

Hazelton USP
FCI
ACCOUNT No. 75840054          TF45096
JABER, FAOUZI
11/10/21 Time 10:09:39        TX ID 9049641
                    Receipt# 37

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,844.32

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | AFRICAN BLACK SOAP | $4.05 |
| 1 | BBQ SAUCE 12/CS | $2.40 |
| 5 | BIC PEN BLK 2 PK 12/CS | $5.50 |
| 5 | BRIDGE MIX 12/CS | $7.50 |
| 5 | BUFFALO CHICKEN STICK 96/CS | $6.75 |
| 10 | CHILI (24/CS) | $2.50 |
| 2 | COLGATE BS & P TOOTHPASTE | $5.80 |
| 5 | COLOMBIAN COFFEE 24/CS | $15.75 |
| 6 | DIAL ANTIBACTERIAL 72/CS | $9.30 |
| 5 | DOCUMENT FOLDER | $7.50 |
| 5 | DOUBLE DIPPED PEANUTS 12/CS | $7.50 |
| 1 | FLAMIN HOT CHEETOS 16/CS | $1.85 |
| 3 | GRAHAM CRACKERS | $8.55 |
| 10 | GRANDMA'S CHOC BROWNIE CHIP CO | $5.00 |
| 10 | HONEY BUN 36/CS | $9.00 |
| 5 | HONEY PEPPER TURKEY LOG 24/CS | $10.50 |
| 10 | HONEY ROASTED PEANUTS 42/CS | $8.00 |
| 5 | HOT BEEF SAUSAGE 24/CS | $12.00 |
| 7 | ICED OATMEAL 12/CS | $9.80 |
| 2 | JALAPENO POPPERS 9/CS | $3.80 |
| 5 | KEEFE CREAMER 18/CS | $6.50 |
| 4 | OREOS | $2.40 |
| 2 | PAPER LEGAL YELLOW PAD 72/CS | $2.90 |
| 5 | PEANUT BUTTER 12/CS | $13.75 |
| 10 | PEANUTS KARS (60/CS) | $6.50 |
| 10 | PURE PROTEIN BAR BIRTHDAY CAKE | $15.50 |
| 1 | R SWEATSHIRT LG | $16.90 |
| 3 | RUFFLES CHEDDAR & S.C. CHIP | $6.45 |
| 3 | SALTINES | $6.30 |
| 2 | SHABBANG CHIPS 16/CS | $2.40 |
| 1 | SHOWER SHOES | $1.10 |
| 0 | SOY SAUCE PANOLA 12/CS 8082005 | $0.00 |
| 10 | STARLIGHT MINT 48/CS | $7.00 |
| 5 | SWEETMATE BLUE | $6.25 |
| 3 | SWISS ROLLS FRESHLEYS #2 | $5.70 |
| 5 | TEK PRO TOOTHBRUSH - SOFT | $2.75 |
| 10 | TEXAS BEEF | $3.00 |
| 1 | THERMAL PANT XL | $10.15 |

109.045 - Jan 2003

| 2 | THERMAL TOP LG | $20.30 |
| 3 | TOWN HOUSE ORIGINAL CRACKER | $7.80 |
| 10 | TRAILMIX KARS 48/CS | $7.00 |

# ITEMS SOLD: 200

CHARGE  75840054  $293.70

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $3,550.62

Signature

SALES INVOICE ---Personal Inmate Information ---
Hazelton USP
FCI
ACCOUNT No. 75840054                    TF47597
JABER, FAOUZI
11/07/22 Time 14:33:14          TX ID 9443418
                                Receipt# 92

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,195.08

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 5 | 3 MUSKETEERS 360/CS | $7.00 |
| 0 | ADOBO SEASONING 24/CS | $0.00 |
| 1 | AJAX DISH SOAP 20/CS | $2.00 |
| 1 | BBQ SAUCE 12/CS | $2.40 |
| 2 | BIC PEN BLK 2 PK 12/CS | $2.20 |
| 5 | BRIDGE MIX 12/CS | $7.75 |
| 2 | CHICKEN BOUILLON GOYA 24/CS | $2.80 |
| 2 | CHILI CON QUESO CHEESE 24/CS | $4.10 |
| 4 | CHOCOLATE CHIP COOKIES 12/CS | $6.60 |
| 10 | CINN RAISON BAGEL40/CS 8071125 | $6.50 |
| 10 | CINNAMON ROLL 48/CS 3840 PAL | $9.50 |
| 2 | CITY COW MOZZARELLA | $4.50 |
| 1 | COLGATE BS & P TOOTHPASTE | $3.90 |
| 3 | COLOMBIAN COFFEE 24/CS | $9.45 |
| 4 | DORITOS (COOL RANCH) 8/CS | $8.20 |
| 4 | DORITOS NACHO | $7.60 |
| 2 | ENVELOPES 9 X 12 W/CLASP YELLO | $2.40 |
| 2 | EQUAL SWEETNER 12/CS | $3.60 |
| 4 | FLAMIN HOT CHEETOS 16/CS | $7.80 |
| 2 | FLAVOR MATE | $5.50 |
| 24 | HOT & SPICY CHICKEN CUP | $16.80 |
| 4 | ICED OATMEAL COOKIES 12/CS | $6.60 |
| 2 | JALAPENO CHEESE SPREAD 24/CS | $4.10 |
| 3 | KEEFE CREAMER 18/CS | $3.90 |
| 2 | MAC & CHEESE (VEL) 40/CS | $1.90 |
| 10 | MEGA HONEY BUN 36/CS | $10.00 |
| 10 | MINUTE RICE INST WHITE | $12.00 |
| 1 | NIKE KYRIE FLYTRAP 5 | $89.70 |
| 1 | PAPER LEGAL YELLOW PAD 72/CS | $1.45 |
| 1 | SANGEAN MMR77 RADIO | $65.20 |
| 5 | STARLIGHT MINT 48/CS | $4.00 |
| 3 | SWISS MISS COCOA MIX 9 OZ 18/C | $5.55 |
| 2 | TOWN HOUSE ORIGINAL CRACKER | $6.90 |
| 10 | VAN CAMP MACKEREL | $15.00 |
| 3 | VEGETABLE FLAKES 12/CS | $3.75 |
| 1 | VO5 MEN'S 3 IN 1 | $1.55 |

2    WIRELESS NOTEBOOK              $3.90
     24/CS

     # ITEMS SOLD:  150
         CHARGE   75840054        $356.10
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $838.98

Signature

SALES INVOICE ---Personal Inmate Information

Hazelton USP
FCI

ACCOUNT No. 75840054          TF54314

JABER, FAOUZI

12/06/22 Time 09:35:23        TX ID 9472094

Receipt# 26

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $2,537.58

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AJAX DISH SOAP 20/CS | $2.00 |
| 1 | BIC PEN BLK 2 PK 12/CS | $1.10 |
| 1 | BIC SHAVER TWN 10PK 72/CS | $2.25 |
| 2 | BLUEBERRY FLAX GRANOLA | $8.50 |
| 3 | BRIDGE MIX 12/CS | $4.95 |
| 1 | CHI CHI TORTILLA SHELLS | $2.30 |
| 5 | CINNAMON ROLL 48/CS 3840 PAL | $4.75 |
| 1 | COCA-COLA ZERO 12PK | $6.55 |
| 2 | COLOMBIAN COFFEE 24/CS | $6.30 |
| 2 | COPY CARD (50) COPIES | $11.70 |
| 1 | COPY PAPER | $2.50 |
| 3 | DOCUMENT FOLDER | $7.20 |
| 2 | DORITOS (COOL RANCH) 8/CS | $4.10 |
| 2 | DORITOS NACHO | $3.80 |
| 2 | FLAMIN HOT CHEETOS 16/CS | $3.90 |
| 2 | FRUIT OATMEAL VAR12/CS 8016102 | $7.00 |
| 2 | HERSHEY'S MINATURES 12/CS | $5.40 |
| 2 | JALAPENO WHEELS 12/CS 8077001 | $5.00 |
| 3 | KEEFE CREAMER 18/CS | $3.90 |
| 24 | LOW SODIUM CHICKEN RAMEN | $9.60 |
| 5 | MEGA HONEY BUN 36/CS | $5.00 |
| 5 | MINUTE RICE INST WHITE | $6.00 |
| 3 | MIXED NUTS KARS12/CS | $11.40 |
| 2 | OLIVE POUCH | $3.50 |
| 5 | OREOS | $3.50 |
| 1 | PANTENE CLEAN 2 IN 1 | $6.50 |
| 1 | PAPER LEGAL YELLOW PAD 72/CS | $1.45 |
| 2 | SAZON SEASONING GOYA 36/CS | $3.90 |
| 1 | STANDARD ENVELOPE | $1.60 |
| 5 | STARLIGHT MINT 48/CS | $4.00 |
| 3 | SWEET & SPICY TRAIL MIX | $9.00 |
| 4 | WATCH BATTERY CR2032 | $10.40 |
| 3 | WIRELESS NOTEBOOK 24/CS | $5.85 |
| 5 | XMAS TREE CAKES | $12.75 |
| 5 | YOGURT COVERED PRETZEL | $13.25 |
|  | # ITEMS SOLD:  112 | |
|  | CHARGE  75840054 | $200.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,336.68

Signature

SALES INVOICE --- Personal Inmate Information
Hazelton USP
FCI
ACCOUNT No.  75840054           TF47597
JABER, FAOUZI
12/20/22 Time 13:27:57          TX ID 9495343
                                Receipt# 81

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $2,298.28

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | BIC PEN BLK 2 PK 12/CS | $2.20 |
| 11 | BRIDGE MIX 12/CS | $18.15 |
| 2 | CHI CHI TORTILLA SHELLS | $5.60 |
| 5 | CINN RAISON BAGEL40/CS 8071125 | $3.25 |
| 2 | COCOA DYNO BITES 16/CS 8016118 | $6.90 |
| 2 | COLOMBIAN COFFEE 24/CS | $6.30 |
| 1 | DEGREE 12/CS | $3.25 |
| 2 | DORITOS (COOL RANCH) 8/CS | $4.10 |
| 2 | DORITOS NACHO | $3.80 |
| 2 | HERSHEY'S MINATURES 12/CS | $5.40 |
| 1 | HONEY NUT SCOOTERS | $3.25 |
| 2 | HONEY PEPPER TURKEY LOG 24/CS | $4.40 |
| 1 | IRISH SPRING BLAST 18/CS | $4.20 |
| 2 | LORATADINE | $5.70 |
| 10 | MIXED NUTS KARS12/CS | $38.00 |
| 9 | OREOS | $6.30 |
| 3 | PENCIL YELLOW #2 | $2.10 |
| 1 | PEPPERONI SLICES 18/CS | $2.50 |
| 2 | POLAR/SIAM HOT SAUCE 12/CS | $6.50 |
| 2 | REESE'S MINIATURES | $5.40 |
| 3 | ROLLED NATURAL OATS | $8.40 |
| 1 | SKITTLES ZERO SUGAR DRINK MIX | $5.20 |
| 10 | SWEET & SPICY TRAIL MIX | $32.50 |
| 1 | SWEET BABY RAY 10/PK 100PK/CS | $7.50 |
| 1 | TOWN HOUSE ORIGINAL CRACKER | $3.45 |
| 3 | TURKEY/SWISS STICKS (72/CS) | $4.50 |
| 2 | WIRELESS NOTEBOOK 24/CS | $3.90 |
| | # ITEMS SOLD:  85 | |
| | CHARGE  75840054 | $202.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,095.53

Signature

SALES INVOICE -- Personal Inmate Information
Hazelton USP
FCI
ACCOUNT No.  75840054                    TF45096
JABER, FAOUZI
10/24/22 Time 10:46:52             TX ID 9424937
                                        Receipt# 37

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,234.78

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | ADIDAS SUPER NOVA 2 | $89.70 |
| 0 | NIKE KYRIE FLYTRAP 5 | $0.00 |
|   | # ITEMS SOLD: 1 | |
|   | CHARGE   75840054 | $89.70 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,145.08

Signature

SALES INVOICE - Personal Inmate Information
Hazelton USP
FCI
ACCOUNT No. 75840054          TF04976
JABER, FAOUZI
10/24/22 Time 10:33:25        TX ID 9424917
                              Receipt# 40

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,384.28

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | 2.5 QT BOWL W/LID 4/CS | $8.20 |
| 3 | 3 MUSKETEERS 360/CS | $4.20 |
| 1 | BBQ SAUCE 12/CS | $2.40 |
| 2 | BRIDGE MIX 12/CS | $3.10 |
| 1 | CHI CHI TORTILLA SHELLS | $2.30 |
| 2 | CHILI CON QUESO CHEESE 24/CS | $4.10 |
| 2 | CHOCOLATE CHIP COOKIES 12/CS | $3.30 |
| 5 | CINN RAISON BAGEL40/CS 8071125 | $3.25 |
| 5 | CINNAMON ROLL 48/CS 3840 PAL | $4.75 |
| 1 | COLGATE MOUTH WASH | $5.05 |
| 1 | COUGH SYRUP TUSSIN | $2.00 |
| 4 | DORITOS NACHO | $7.60 |
| 2 | FLAMIN HOT CHEETOS 16/CS | $3.90 |
| 1 | GARLIC POWDER SPICE SUPR. | $1.55 |
| 2 | ICED OATMEAL COOKIES 12/CS | $3.30 |
| 2 | JALAPENO CHEESE SPREAD 24/CS | $4.10 |
| 2 | KEEFE CREAMER 18/CS | $2.60 |
| 12 | LOW SODIUM CHICKEN RAMEN | $4.80 |
| 5 | MEGA HONEY BUN 36/CS | $5.00 |
| 5 | MINUTE RICE INST WHITE | $6.00 |
| 2 | MIXED NUTS KARS12/CS | $7.60 |
| 0 | NIKE KYRIE FLYTRAP 5 | $0.00 |
| 1 | ORAJEL (GENERIC) | $1.95 |
| 5 | OREOS | $3.50 |
| 2 | RICOLA COUGH DROPS | $2.50 |
| 1 | ROLLED NATURAL OATS | $2.80 |
| 2 | SALTINES | $4.20 |
| 1 | SAZON SEASONING GOYA 36/CS | $1.95 |
| 12 | SPICY VEGETABLE | $7.80 |
| 4 | STARLIGHT MINT 48/CS | $3.20 |
| 1 | TUSSIN COUGH SYRUP | $2.25 |
| 5 | VAN CAMP MACKEREL | $7.50 |

# ITEMS SOLD: 95
CHARGE   75840054          $126.75

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,257.53

Signature

SALES INVOICE --- Personal Inmate Information ---
Hazelton USP
FCI
ACCOUNT No.  75840054                    TF04976
JABER, FAOUZI
10/24/22 Time 10:37:29          TX ID 9424925
                                Receipt# 41

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,257.53

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CASIO NEW WATCH MID | $22.75 |
| | # ITEMS SOLD: 1 | |
| | CHARGE  75840054 | $22.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,234.78

Signature

FCI
ACCOUNT No. 75840054                    TF45096
JABER, FAOUZI
01/05/23 Time 13:24:54         TX ID 9512258
                               Receipt# 47

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,081.08

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | ADOBO SEASONING 24/CS | $4.30 |
| 2 | ALLERGY RELIEF | $3.00 |
| 3 | ALMOND MILK 18/CS | $6.15 |
| 5 | BEEF SALAMI SLICES | $6.50 |
| 2 | BIC PEN BLK 2 PK 12/CS | $2.20 |
| 1 | BIC SHAVER TWN 10PK 72/CS | $2.25 |
| 5 | BIG KIT KAT 216/CS | $6.50 |
| 5 | BRIDGE MIX 12/CS | $8.25 |
| 4 | BUDDY BAR 24/CS | $15.60 |
| 5 | BUMBLE BEE TUNA | $13.75 |
| 5 | CHOCOLATE PEANUT CLUSTER | $11.25 |
| 10 | CINN RAISON BAGEL40/CS 8071125 | $6.50 |
| 2 | CINN. TOASTERS CEREAL #8016018 | $6.90 |
| 10 | CINNAMON ROLL 48/CS 3840 PAL | $9.50 |
| 2 | COCOA DYNO BITES 16/CS 8016118 | $6.90 |
| 4 | COLOMBIAN COFFEE 24/CS | $12.60 |
| 2 | COLOSSAL CRUNCH 12/CS | $6.90 |
| 2 | COUGH SYRUP TUSSIN | $4.30 |
| 3 | DORITOS NACHO | $5.70 |
| 3 | EQUAL SWEETNER 12/CS | $5.40 |
| 2 | GARLIC POWDER SPICE SUPR. | $3.10 |
| 5 | HERSHEY ALMOND (432/CS) | $6.50 |
| 4 | HERSHEY'S MINATURES 12/CS | $10.80 |
| 3 | HOT BEEF SAUSAGE 24/CS | $7.50 |
| 2 | IRISH SPRING BLAST 18/CS | $8.40 |
| 1 | JVC EAR CLIP HEADPHONE 12-CS | $11.40 |
| 2 | KEEFE CREAMER 18/CS | $2.60 |
| 24 | LOW SODIUM CHICKEN RAMEN | $9.60 |
| 5 | M & M PEANUT(384/CS) | $6.50 |
| 3 | MAYAN FLOUR TORTILAS WRP 12/CS | $8.55 |
| 10 | MEGA HONEY BUN 36/CS | $10.00 |
| 2 | MINCED ONIONS SPICE SUPR12/CS | $3.00 |
| 10 | MINUTE RICE INST WHITE | $12.00 |
| 1 | NASAL SPRAY | $1.80 |
| 11 | OATMEAL CREAM PIE | $15.95 |
| 3 | PENCIL YELLOW #2 | $2.10 |
| 3 | PORK RINDS | $3.75 |

Whole Order
Will work

| 2 | SAZON SEASONING GOYA 36/CS | $3.90 |
| 2 | SWISS MISS COCOA MIX 9 OZ 18/C | $3.70 |
| 2 | TONE COCOA BUTTER SOAP 48/CS | $2.60 |
| 10 | VAN CAMP MACKEREL | $15.00 |
| 2 | VEGETABLE FLAKES 12/CS | $3.00 |
| 3 | WIRELESS NOTEBOOK 24/CS | $5.85 |
| 0 | XMAS TREE CAKES | $0.00 |

# ITEMS SOLD: 189
CHARGE   75840054    $302.05

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,779.03

Signature

SALES INVOICE --- Personal Inmate Information ---
Hazelton USP
FCI

ACCOUNT No. 75840054          TF45096
JABER, FAOUZI
07/21/22 Time 10:33:02        TX ID 9319807
                              Receipt# 6

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,431.12

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | BRIDGE MIX 12/CS | $3.10 |
| 1 | CHOCOLATE CHIP COOKIES 12/CS | $1.40 |
| 3 | CINNAMON ROLL 48/CS 3840 PAL | $2.85 |
| 1 | COCA-COLA ZERO 12PK | $6.55 |
| 2 | COLOMBIAN COFFEE 24/CS | $6.30 |
| 3 | DORITOS NACHO | $5.70 |
| 2 | GOUDA CHEESE SPREAD 24/CS | $4.10 |
| 1 | ICED OATMEAL COOKIES 12/CS | $1.40 |
| 1 | JALAPENO CHEESE SPREAD | $2.05 |
| 2 | KEEFE CREAMER 18/CS | $2.60 |
| 12 | LOW SODIUM CHICKEN RAMEN | $4.80 |
| 3 | MEGA HONEY BUN 36/CS | $3.00 |
| 2 | MIXED NUTS KARS12/CS | $6.50 |
| 2 | PETER PAN 12/CS 8073029 | $5.80 |
| 2 | RAISIN BRAN 18/CS 80616121 | $7.00 |
| 2 | STARLIGHT MINT 48/CS | $1.60 |
| 1 | UNDER ARMOR LOCKDOWN 4 | $65.00 |

# ITEMS SOLD: 42
                CHARGE   75840054    $129.75

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,301.37

Signature

SALES INVOICE - Personal Inmate Information
Hazelton USP
FCI
ACCOUNT No. 75840054                    TF40518
JABER, FAOUZI
08/17/22 Time 13:46:45          TX ID 9352483
                                  Receipt# 45

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,645.23

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | BRIDGE MIX 12/CS | $3.10 |
| 1 | CASIO DIG MID WATCH | $57.15 |
| 5 | CINN RAISON BAGEL40/CS 8071125 | $3.25 |
| 3 | CINNAMON ROLL 48/CS 3840 PAL | $2.85 |
| 2 | CITY COW MOZZARELLA | $4.50 |
| 1 | COCA-COLA ZERO 12PK | $6.55 |
| 2 | COCOA DYNO BITES 16/CS 8016118 | $7.40 |
| 2 | COLOMBIAN COFFEE 24/CS | $6.30 |
| 2 | DORITOS NACHO | $3.80 |
| 1 | ENVELOPES 9 X 12 W/CLASP YELLO | $1.20 |
| 1 | FLAMIN HOT CHEETOS 16/CS | $1.95 |
| 1 | FRUIT OATMEAL VAR12/CS 8016102 | $3.45 |
| 2 | HERSHEY'S MINATURES 12/CS | $4.60 |
| 3 | HOMETOWN RICE & CHEESE | $5.10 |
| 1 | ICED OATMEAL COOKIES 12/CS | $1.40 |
| 2 | JALAPENO WHEELS 12/CS 8077001 | $5.00 |
| 2 | KEEFE CREAMER 18/CS | $2.60 |
| 12 | LOW SODIUM CHICKEN RAMEN | $4.80 |
| 3 | MEGA HONEY BUN 36/CS | $3.00 |
| 3 | MINUTE RICE INST WHITE | $3.60 |
| 2 | OLIVE POUCH | $3.50 |
| 6 | OREOS | $4.20 |
| 2 | PICKLE 12/CS | $2.20 |
| 1 | SALTINES | $2.10 |
| 5 | STARLIGHT MINT 48/CS | $4.00 |
| 2 | WATCH BATTERY CR2032 | $5.20 |

# ITEMS SOLD: 69
CHARGE   75840054          $152.80

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,492.43

Signature

SALES INVOICE - Personal Inmate Information
Hazelton USP
FCI
ACCOUNT No.  75840054          TF47960
JABER, FAOUZI
08/11/22 Time 10:02:30      TX ID 9345004
                            Receipt# 15

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,816.37

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | 3 MUSKETEERS 360/CS | $4.20 |
| 2 | BIC PEN BLK 2 PK 12/CS | $2.20 |
| 2 | BRIDGE MIX 12/CS | $3.10 |
| 2 | CHILI W/BEANS | $4.50 |
| 2 | CHIPS AHOY | $12.60 |
| 5 | CINN RAISON BAGEL40/CS 8071125 | $3.25 |
| 3 | CINNAMON ROLL 48/CS 3840 PAL | $2.85 |
| 2 | COLOMBIAN COFFEE 24/CS | $6.30 |
| 1 | COMBOS PRETZEL CHEDDAR CHEESE | $2.95 |
| 2 | COPY CARD (50) COPIES | $11.70 |
| 3 | DARK CHOC PEANUTS | $9.15 |
| 1 | DORITOS NACHO | $1.90 |
| 2 | GOUDA CHEESE SPREAD 24/CS | $4.10 |
| 3 | HOMETOWN RICE & CHEESE | $5.10 |
| 3 | HONEY PEPPER TURKEY LOG 24/CS | $6.60 |
| 3 | HONEY ROASTED PEANUTS 42/CS | $2.55 |
| 3 | HOT BEEF SAUSAGE 24/CS | $7.50 |
| 2 | ICED OATMEAL COOKIES 12/CS | $2.80 |
| 2 | IRISH SPRING BLAST 18/CS | $6.90 |
| 2 | KEEFE CAPPUCCINO 8 OZ 18/CS | $2.80 |
| 2 | KEEFE CREAMER 18/CS | $2.60 |
| 1 | KOSS EAR BUDS | $4.55 |
| 3 | MEGA HONEY BUN 36/CS | $3.00 |
| 3 | MINUTE RICE INST WHITE | $3.60 |
| 2 | MIXED NUTS KARS12/CS | $6.50 |
| 4 | OLIVE POUCH | $7.00 |
| 5 | OREOS | $3.50 |
| 2 | PENCIL YELLOW #2 | $1.10 |
| 12 | PICANTE BEEF RAMEN | $5.40 |
| 1 | RAISIN BRAN 18/CS 80616121 | $3.50 |
| 2 | REESE'S MINIATURES | $4.60 |
| 1 | SALTINES | $2.10 |
| 5 | STARLIGHT MINT 48/CS | $4.00 |
| 2 | TEK PRO TOOTHBRUSH - SOFT | $1.10 |
| 1 | TOWN HOUSE ORIGINAL CRACKER | $3.45 |
| 1 | UTZ POTATO CHIPS | $4.59 |
| 5 | VAN CAMP MACKEREL | $7.50 |

# ITEMS SOLD:  100
    CHARGE   75840054     $171.14

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,645.23

Signature

```
Sales Invoice  ---6.7.0.---
Repiltan '06
UUU
Account No. 75940054       TF54364
JAZEB  FAGUTT
51/17/XXXX 56:51:51 PM TXH9530946   51

BEGINNING BALANCES:
Available Balance is $1,677.03
Spending Limit Balance is $117.05
Account Balance is $1,776.03
============================================
Qty  Description                    Price
============================================
 1 COCA-COLA ZERO 12              $7.25
 1 CLEAR MUG                      $2.25
 1 CLEAR MUG                      $2.25
 1 DORITOS NACHO                  $1.90
 1 DORITOS NACHO                  $1.90
 1 WIRELESS NOTEBOOK              $1.95
 1 WIRELESS NOTEBOOK              $1.95
 1 PONCHO 50"X60"                 $4.25
 1 MULTI-VITAMINS 10              $4.60
 1 VITAMIN, E-400                 $5.35
 1 DEGREE 12/CS                   $3.25
 1 MIRROR                         $2.60
 1 SWISS MISS COCOA               $1.85
 1 SWISS MISS COCOA               $1.85
 1 COTTON SWABS 24/C              $1.10
 4 COLOMBIAN COFFEE              $12.80
10 CINN RAISON BAGEL             $6.50
 1 CHICKEN BOUILLON               $1.95
 1 CHICKEN BOUILLON               $1.95
 5 CHOCOLATE PEANUT              $11.25
 5 BRIDGE MIX 12/CS               $8.25
 1 C-500 VITAMIN                  $3.50
 1 VITAMIN D 400 IU               $2.75
 5 MEGA HONEY BUN 36              $5.00
 1 BUMBLE BEE SPICY               $1.90
 1 BUMBLE BEE SPICY               $1.90
 1 BUMBLE BEE SPICY               $1.90
 1 BUMBLE BEE SPICY               $1.90
 1 BUMBLE BEE SPICY               $1.90
 5 BUTTERFINGER 288/              $6.00
 2 STRAWBERRY CHOKE               $3.70
10 VAN CAMP, MACKEREL            $15.90

              Total            $132.25

Charge 75940054  $132.25
--------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $1,544.78
Spending Limit Balance is $1.00
Account Balance is $1,646.78
*********************************************
PIN is 9999
*********************************************
--------------------------------------------
```

whole order
Signature
--------------------------------------------

ALL SALES ARE FINAL!!



LEGAL MAIL

...ton Mills, WV 26505

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

Federal Bureau of Prisons
MID-Atlantic Regional Office
302 Sentinel Drive (FTCA)
Annapolis Junction, MD 20701



LEGAL MAIL

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Mid-Atlantic Regional Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

February 24, 2023

Faouzi Jabar
Reg. No. 75840-054
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Re:     Administrative Claim Number TRT-MXR-2023-03010

Dear Claimant:

Your administrative claim filed with the Bureau of Prisons (BOP) under the Federal Tort Claims
Act (FTCA), 28 U.S.C. § 2671, et seq., has been considered for administrative settlement. You
claim government liability in the amount of $2,500.00. Specifically, you state on January 28,
2023, an inmate stole your personal property.

Your claim failed to reveal that you suffered a compensable property damage due to the
negligence of a government employee acting within the scope of employment. Inmates are
responsible for securing their personal property to prevent damage and theft by other inmates.
The BOP is not an insurer of inmate property. Although you claim this occurred due to the
negligence of staff, there is no evidence that this is true.

Accordingly, the claim is denied. If you are not satisfied with our determination in this matter,
you may file suit in the appropriate U.S. District Court not later than six months after the date of
this letter.

Sincerely,

*D Lee for*

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region

# EXHIBIT D

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency: United States Department of Justice: Federal Bureau of Prisons mid-Atlantic Regional Office 302 Sentinal Drive, suite 200 Annapolis Junction, MD 20701

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code
FAOUZI JABER Reg# 758-40-074
P.O box Gdddl
Glenwiller, W.V 26351

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | July 31-55 | N/A | April 20, 2023 | 12:00 qm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Inmate williams
Faouzi Jabers, 1nd officer, Brown turned a deAf ear, snd Mr. Brown unlocked mr. Jaiber Locker, and allowed the inmates to steal mr. Jabers Property. $ 747.35 2nd The second Time they stele 35ed in proper when he went to the shu. This hapesn 1n April 2023 and The second Time they sent mr. TAber to the SHU if WAS April 28 2023. They (inmates Touk 9380) = $1,127.80

9. Property worth $ 1,127 80  PROPERTY DAMAGE Religious Books $2,928
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)
FAOUZI JABER 75840-054    FCI Gilmer    Glenville West Vir9
PO BOX GOCC    zip > 26351

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). The officer Brown Turned a deAf ear to FAOUZI JABER 1st Amendment Equal protection right, Because he wAs failed to be protected, Because of his race and religion. See Farmer V. Brennan 511 U.S 825, 808,114 si.Ct (1994). mr. FaOUZI WAS Attacked By ██████ and 3 others on Jan. 28,2023

10. PERSONAL INJURY/WRONGFUL DEATH
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. Mr. FAOUZi, WAS placed in The shu For his protection But he was placed in a cell with a mentally Ill person, who cut his wrist and Arm, who Jumped on mr. Faouzi, snd Beat him 7 Times while the stAff saw him hide under the Bed For weeks suffering Physical snd mentsl anguis in violation of his Eighth Amendment Against cruel snd uNusAl punishment

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| C/U ▓▓ | FCI HAZeiton |
| C/O ▓▓ | P.O BOX 5000 |
| nurse ▓▓ | Bucemill, W.U 26525 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 22,500 | $5 million | N/A | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side) JABER FAOUZi  08/08/23 | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|

AUG 19 2023

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

N/A

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No   17. If deductible, state amount.

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

19. Do you carry public liability and property damage insurance?  ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

N/A

INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

JABER FAOUZI
#75840054
FCI GUILMER
P.O. BOX 6000
GLENVILLE
WV 26351

LEGAL MAIL

Mid ATLANTIC Reg. NAL OFFICE
CH. RLESTON WV 250
15 AUG 2023 PM 1 L
302 SENTINEL DRIVE
SUITE 200
ANNAPOLIS,
Md 20701

20701-104850



**U.S. Department of Justice**

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

---

*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

August 23, 2023

Faouzi Jaber
Reg. No. 75840-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Re:     Administrative Claim Received August 19 2023
        Claim No. TRT-MXR-2023-07485
        Amount of Claim: $5,002,500.00

Dear Claimant:

This will acknowledge receipt of your administrative claim for an alleged loss of personal property or personal injury suffered at FCC Hazelton.

Under the provisions of the applicable federal statutes, we have six months from the date of receipt to review, consider, and adjudicate your claim.

All correspondence regarding this claim should be addressed to Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701.  If the circumstances surrounding this claim change in any fashion, you should contact this office immediately.  Also, should your address change, you should advise this office accordingly.

Sincerely,

FOR MD

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region



UNITED STATES GOVERNMENT
**Federal Bureau of Prisons**
*Mid-Atlantic Regional Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

CERTIFIED MAIL: 7021 1970 0001 6126 8805

February 12, 2024

Faouzi Jaber
Reg. No. 75840-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Re:     Administrative Claim Number TRT-MXR-2023-07485

Dear Claimant:

Your administrative claim filed with the Bureau of Prisons (BOP) under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671, et seq., has been considered for administrative settlement. You claim government liability in the amount of $2,500.00 for property loss, and $5,000,000.00 for personal injury. Specifically, you allege staff allowed inmates to steal your personal property on April 20, 2023, and April 28, 2023, as well as placed in you the Special Housing Unit (SHU) where you claim you were assaulted by another inmate.

Your claim failed to reveal that you suffered a compensable personal injury due to the negligence of a government employee acting within the scope of employment. We found no evidence to support your allegations.

Accordingly, your personal injury claim is denied. If you are not satisfied with our determination in this matter, you may file suit in the appropriate U.S. District Court not later than six months after the date of this letter.

With respect to your property claim, inmates are responsible for securing their personal property to prevent theft by other inmates. The Bureau of Prisons is not an insurer of inmate property. Furthermore, it should be noted you previously filed two claims regarding stolen personal property. A review of TRT-MXR-2023-03010 revealed you alleged inmates stole your personal property on January 28, 2023, and you sought monetary relief for $2,500.00. TRT-MXR-2024-00590 addressed allegedly stolen property on April 28, 2023. Both of these claims were denied.

Therefore, your personal property claim is denied. You cannot file suit in United States District Court as there is no judicial review for claims decided pursuant to 31 U.S.C. § 3723. You may request, in writing, that the Bureau reconsider your claim. Your request for reconsideration must be submitted within three months of the date of this letter and must include additional evidence that your property was lost, the amount of the property, and evidence of staff members' negligence to support your request for reconsideration.


Sincerely,

*H. Patresi for*

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region

# EXHIBIT E

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Regional Director of Mid-Atlantic Region<br>302 Sentinel Drive Suite 200<br>Annapolis, MD 20701 | Faouzi Jaber #75840-054<br>FCI - Gilmer<br>P O Box 6000<br>Glenville, WV 26351 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-21-55 | Divorced | April 28, 2023 | 8:00 A.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On April 28, 2023, while housed in the general prison population at the FCI - Hazelton, officers removed Faouzi Jaber from the general population, and placed him in the Segregated Housing Unit for the purpose of having him killed by another inmate. Jaber was placed in a cell with inmate ▮▮▮▮, who attempted to kill Jaber by beating him, severely at least ▮ times, and cutting him with a razor. Staff did not intervene or help.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, and Zip Code).

All of Claimant's personal items from Commissary was stolen

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Legal papers were confiscated and destroyed. Commissary items with a value of $3,900.00 were stolen.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Claimant suffered physical and mental injuries from being assaulted and beaten and stabbed, from which he continues to suffer, resulting in permanent injuries, and loss of ability to labor and earn an income.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Corrections Officer in L-4 | FCI - Hazelton, Bruceton Mills,WV 26525 |
| ▮▮▮▮ | FCI-Hazelton, Bruceton Mills, WV 26525 |
| ▮▮▮▮ Case Mgr/Counselor | FCI - Hazelton, Bruceton Mills, WV 26525 |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $3,900.00 | $20,000,000.00 | | $20,003,900.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | | 8/9/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items – Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. Principal Purpose: The information requested is to be used in evaluating claims.
  C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

uzi Jaber #75840-054
FCI Gilmer
PO Box 6000
Glenville, WV    26351



CHARLESTON WV 250
7 DEC 2023   PM 1  L

Regional Director of Mid-Atlantic Region
302 Sentinel Drive Suite 200
Annapolis, MD    20701

2070131048 R001



**U.S. Department of Justice**

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

_____

*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

Faouzi Jaber
Reg. No. 75840-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Re:     Administrative Claim Received December 9, 2023

      Claim No. TRT-MXR-2024-01411
      Amount of Claim: $20,003,900.00

Dear Claimant:

This will acknowledge receipt of your administrative claim for an alleged loss of personal property or personal injury suffered at FCC Hazelton.

Under the provisions of the applicable federal statutes, we have six months from the date of receipt to review, consider, and adjudicate your claim.

All correspondence regarding this claim should be addressed to Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701.  If the circumstances surrounding this claim change in any fashion, you should contact this office immediately.  Also, should your address change, you should advise this office accordingly.

Sincerely,

FOR MD

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region



**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Mid-Atlantic Regional Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD  20701*

January 24, 2024

Faouzi Jaber
Reg. No. 75840-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Re:     Administrative Claim Number TRT-MXR-2024-01411

Dear Claimant:

Your administrative claim filed with the Bureau of Prisons (BOP) under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671, et seq., has been considered for administrative settlement.  You claim government liability in the amount of $3,900.00 for property loss, and $20,000,000.00 for personal injury. Specifically, you allege on April 28, 2023, staff placed in you the Special Housing Unit (SHU) for the purpose of having you killed by another inmate, your personal property was stolen, and staff confiscated and destroyed your legal papers.

Other than the monetary relief sought, this claim is duplicative of TRT-MXR-2023-07485.  Therefore, this claim is rejected.

Sincerely,

*M. Shaw for*

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region

# EXHIBIT F

BP-A0943  **Small Claims for Property Damage or Loss (31 U.S.C. § 3723)** CDFRM
MAY 09

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| 1. Location where the property loss or damage occurred:<br><br>FCI - Hazelton<br>Bruceton Mills  WV  26525 | 2. Name, address of claimant(Register number, street, city, state, and zip code):<br>Faouzi Jaber #75840-054<br>FCI - GIlmer<br>P O Box 6000<br>Glenville, WV  26351 |
|---|---|
| 3. Date and Day of Incident:<br>January 28, 2023  Saturday | 4. Time: (A.M. or P.M.):<br>13:50 or 1:50 P.M. |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

Claimant's storage locker was broken into, with its contents stolen by another inmate, whose identity his known and revealed to the investigating officers (C.O.Cimberland). The value of the items stolen was $2,500.00, which included radios, clothing, shoes, ear buds, Head-phones; sweat clothing; and perishable food items. The locker was secured with a lock. I watch was stolen, and a MP-3 song player. The guilty later broke into another inmate's locker, who then assaulted the thief, resulting in a unit lockdown. Staff officers refused to investigate, or sanction the thief, which endangered the safety of all inmates in the unit. Staff members sanction this conduct on a daily basis and refuse to protect the inmates.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

C.O. Cimberland
SIS Officers
Inmates ████████████████████

████████ L-4 Cell 417 Video Camera

7. Amount of Claim for Damage to, or loss of, privately owned property  (in dollars) (Sum Certain Amount - Total Amount Of Claim):

$2,500.00

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date<br><br>October 19, 2023 |
|---|---|

WPD                          Prescribed by PS 1320

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Mid-Atlantic Regional Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

February 24, 2023

Faouzi Jabar
Reg. No. 75840-054
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Re:     Administrative Claim Number TRT-MXR-2023-03010

Dear Claimant:

Your administrative claim filed with the Bureau of Prisons (BOP) under the Federal Tort Claims
Act (FTCA), 28 U.S.C. § 2671, et seq., has been considered for administrative settlement. You
claim government liability in the amount of $2,500.00. Specifically, you state on January 28,
2023, an inmate stole your personal property.

Your claim failed to reveal that you suffered a compensable property damage due to the
negligence of a government employee acting within the scope of employment. Inmates are
responsible for securing their personal property to prevent damage and theft by other inmates.
The BOP is not an insurer of inmate property. Although you claim this occurred due to the
negligence of staff, there is no evidence that this is true.

Accordingly, the claim is denied. If you are not satisfied with our determination in this matter,
you may file suit in the appropriate U.S. District Court not later than six months after the date of
this letter.

Sincerely,

*D Lee for*

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region

In The United States District Court

For The Northern District Of

West Virginia

FAOUZI JABER

      Plaintiff (Pro'Se)

    V.

UNITED STATES OF AMERICA

Civil Action NO. 3:23-CV-97

(GROH)

---

Motion Pursuant To The Reimbursement

Of property, pursuant to officials of the B.O.P.

negligence according to 31 U.S.C. § 3723

Come Now petitioner Faouzi Jaber into the Honorable Court asking this
Honorable Court to file a notice of appeal, because petitioner would
like to take the advice of the court, and file for the reimbursement of
his property under Title 31 U.S.C. § 3723.

9/19/23

                  Respectfully

                  Submitted

## Certificate of Appealability

In accordance with the provision of 28 U.S.C. 1746, I undersigned Faouzi Jaber do hereby make the following declaration pursuant to the above styled cause of action.

I hereby state that this motion is in fact necessary and true. I would like to be reimbursed for the officials allowing my property to be taken.

9/19/2023

Respectfully Submitted

/S/  _____

Faouzi Jaber

Faouzi Jaber Reg# 75840-054
Federal Correctional Facility Gilmer
P.O. Box 6000
Glenville, W.V. 26351

Assistant United States Attorney
W.VA State Bar #9537
217 West King Street, Suite 400
Martinsburg, West Virginia 25401

Faouzi Jaber #75840-054
FCI - Gilmer
P O Box 6000
Glenville, WV 26351



CHARLESTON WV 250

23 OCT 2023 PM 2 L

Director - Mid Atlantic Regional Office
Federal Bureau of Prisons
302 Sentinel Drive   (FTCA)
Annapolis Junction, MD 20701

LEGAL MAIL

20701-104850



**U.S. Department of Justice**

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

---

*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD 20701*

Faouzi Jaber
Reg. No. 75840-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Re:    Administrative Claim Received October 23, 2023

      Claim No. TRT-MXR-2024-00590
      Amount of Claim: $2,500.00

Dear Claimant:

This will acknowledge receipt of your administrative claim for an alleged loss of personal property or personal injury suffered at FCC Hazelton.

Under the provisions of the applicable federal statutes, we have six months from the date of receipt to review, consider, and adjudicate your claim.

All correspondence regarding this claim should be addressed to Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701. If the circumstances surrounding this claim change in any fashion, you should contact this office immediately. Also, should your address change, you should advise this office accordingly.

Sincerely,

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region

**UNITED STATES GOVERNMENT**
**Federal Bureau of Prisons**
*Mid-Atlantic Regional Office*
*302 Sentinel Drive, Suite 200*
*Annapolis Junction, MD  20701*

January 3, 2024

Faouzi Jaber
Reg. No. 75840-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Re:    Administrative Claim Number TRT-MXR-2024-00590

Dear Claimant:

Your claim has been accepted and considered for administrative settlement under 31 U.S.C. § 3723.  This statute provides for the payment of claims that are "caused by the negligence of an officer or employee of the United States Government acting within the scope of their employment."  You claim government liability in the amount of $2,500.00. Specifically, you allege your personal property was stolen by another inmate on January 28, 2023, while housed at FCI Hazelton, WV.

Your claim failed to reveal that you suffered a compensable property damage due to the negligence of a government employee acting within the scope of employment. The Bureau of Prisons is not an insurer of inmate personal property.  Unless there is evidence of staff negligence, a claim cannot be paid.

Accordingly, your claim is denied. You cannot file suit in United States District Court as there is no judicial review for claims decided pursuant to 31 U.S.C. § 3723. You may request, in writing, that the Bureau reconsider your claim. Your request for reconsideration must be submitted within three months of the date of this letter, and must include additional evidence that your property was lost, the amount of the property, and evidence of staff members' negligence to support your request for reconsideration.

Sincerely,

*H. Pratesi for*

Michael D. Frazier
Regional Counsel
Mid-Atlantic Region

# EXHIBIT G

```
MXRA4         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-10-2024
PAGE 001 OF                                                       13:42:18
      FUNCTION: L-P SCOPE: REG   EQ 75840-054   OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _             RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      _____      _____      _____      _____      _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____       ____       ____       ____       ____       ____
        TYPE: ____       ____       ____       ____       ____       ____
EVNT FACL: EQ _____      _____      _____      _____      _____      _____
RCV FACL.: EQ _____      _____      _____      _____      _____      _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      _____      _____      _____      _____      _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *      07-10-2024
PAGE 002 OF      *            FULL SCREEN FORMAT          *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP            QTR.: B02-127L   RCV OFC: NYM
REMEDY ID: 878552-F1    SUB1: 26AM SUB2:      DATE RCV:   10-07-2016
UNT  RCV..:7            QTR RCV.: G11-785L    FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: G11-785L    FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  2  RESP DUE: WED  11-16-2016
ABSTRACT.: I/M ALLEGES INADEQUATE MEDICAL CARE
STATUS DT: 10-28-2016  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 10-07-2016
REMARKS..:



REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP            QTR.: B02-127L   RCV OFC: NER
REMEDY ID: 878552-R1    SUB1: 26AM SUB2:      DATE RCV:   10-13-2016
UNT  RCV..:7            QTR RCV.: G11-785L    FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: G11-785L    FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  2  RESP DUE:
ABSTRACT.: I/M ALLEGES INADEQUATE MEDICAL CARE
STATUS DT: 10-14-2016  STATUS CODE: REJ STATUS REASON: IRQ OTH
INCRPTNO.:          RCT:    EXT:    DATE ENTD: 10-14-2016
REMARKS..: THE WARDEN RECEIVED THE BP9 YOU SUBMITTED ON
            10-07-2016. AFTER YOU RECEIVE THE WARDEN'S RESPONSE
            YOU MAY RESUBMIT TO THE REGIOAL OFFICE.










G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4        *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 003 OF      *            FULL SCREEN FORMAT            *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 878552-A1     SUB1: 26AM SUB2:      DATE RCV:   11-15-2016
UNT  RCV..:7            QTR RCV.: G11-785L     FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: G11-785L     FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  2  RESP DUE:
ABSTRACT.: I/M ALLEGES INADEQUATE MEDICAL CARE
STATUS DT: 12-01-2016  STATUS CODE: REJ STATUS REASON: FRM WRL DIR OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 12-01-2016
REMARKS..: FOLLOW REASONS FOR REJECTION LISTED IN THE REGIONAL
             REJECTION NOTICE DATED 10-14-16. MAKE CORRECTIONS &
             RE-SUBMIT TO REGION. YOU DID NOT USE PINK BP-11 FORM


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: NER
REMEDY ID: 878552-R2     SUB1: 26AM SUB2:      DATE RCV:   01-17-2017
UNT  RCV..:7            QTR RCV.: G11-788L     FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: G11-785L     FACL ORG: NYM
EVT FACL.: NYM   ACC LEV: NYM  1 NER  2 BOP  2  RESP DUE:  THU 02-16-2017
ABSTRACT.: I/M ALLEGES INADEQUATE MEDICAL CARE
STATUS DT: 02-16-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-18-2017
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 004 OF        *              FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 878552-A2     SUB1: 26AM SUB2:      DATE RCV:   03-07-2017
UNT  RCV..:11S2          QTR RCV.: K08-017L    FACL RCV: NYM
UNT  ORG..:7            QTR ORG.: G11-785L     FACL ORG: NYM
EVT FACL.: NYM    ACC LEV: NYM 1 NER 2 BOP 2  RESP DUE: SAT 05-06-2017
ABSTRACT.: I/M ALLEGES INADEQUATE MEDICAL CARE
STATUS DT: 03-24-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 03-17-2017
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: COM
REMEDY ID: 978386-F1     SUB1: 26AM SUB2:      DATE RCV:   05-23-2019
UNT  RCV..:A 3-4        QTR RCV.: A08-108L     FACL RCV: COM
UNT  ORG..:A 3-4        QTR ORG.: A08-108L     FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER 2        RESP DUE: WED 06-12-2019
ABSTRACT.: CHEST PAINS, KIDNEY PAINS, AND A COUGH
STATUS DT: 06-12-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 05-23-2019
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *     07-10-2024
PAGE 005 OF        *            FULL SCREEN FORMAT          *     13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 978386-R1      SUB1: 26AM SUB2:      DATE RCV:   07-02-2019
UNT  RCV..:A 3-4       QTR RCV.: A08-108L      FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: A08-108L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER  2         RESP DUE:
ABSTRACT.: CHEST PAINS, KIDNEY PAINS, AND A COUGH
STATUS DT: 07-03-2019  STATUS CODE: REJ STATUS REASON: LEG RSR
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 07-03-2019
REMARKS..:



REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 978386-R2      SUB1: 26AM SUB2:      DATE RCV:   09-10-2019
UNT  RCV..:A 3-4       QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: A08-108L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER  2         RESP DUE: SAT 11-09-2019
ABSTRACT.: CHEST PAINS, KIDNEY PAINS, AND A COUGH
STATUS DT: 03-05-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: N EXT: N DATE ENTD: 01-28-2020
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4         *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *    07-10-2024
PAGE 006 OF      *              FULL SCREEN FORMAT              *    13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: COM
REMEDY ID: 993252-F1     SUB1: 26AM SUB2: 26BM DATE RCV:   10-07-2019
UNT  RCV..:A 3-4       QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: A07-096L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1       RESP DUE: SUN 10-27-2019
ABSTRACT.: REQUESTING TO BE SEEN FOR CHEST PAINS(STENTS HURT)
STATUS DT: 10-18-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: N EXT:  DATE ENTD: 10-07-2019
REMARKS..:



REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: COM
REMEDY ID: 993519-F1     SUB1: 26AM SUB2: 26BM DATE RCV:   10-09-2019
UNT  RCV..:A 3-4       QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: A07-096L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1              RESP DUE: TUE 10-29-2019
ABSTRACT.: REQUESTING TO BE SEEN FOR REFLUX DISEASE
STATUS DT: 10-29-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: N EXT:  DATE ENTD: 10-09-2019
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4         *ADMINISTRATIVE REMEDY CENTRAL INDEX RETRIEVAL *      07-10-2024
PAGE 007 OF      *            FULL SCREEN FORMAT            *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: COM
REMEDY ID: 993968-F1    SUB1: 26AM SUB2:      DATE RCV:  10-15-2019
UNT  RCV..:A 3-4      QTR RCV.: Z04-219LAD    FACL RCV: COM
UNT  ORG..:A 3-4      QTR ORG.: Z04-219LAD    FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER 1          RESP DUE:  MON 11-04-2019
ABSTRACT.: SKIN RASH (SPREAD ALL OVER BODY)
STATUS DT: 10-29-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 10-15-2019
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: COM
REMEDY ID: 993972-F1    SUB1: 26AM SUB2:      DATE RCV:  10-15-2019
UNT  RCV..:A 3-4      QTR RCV.: Z04-219LAD    FACL RCV: COM
UNT  ORG..:A 3-4      QTR ORG.: Z04-219LAD    FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER 1          RESP DUE:  MON 11-04-2019
ABSTRACT.: SEVERE PHLEGM AND COUGH PROBLEM
STATUS DT: 11-04-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 10-15-2019
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4           *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *    07-10-2024
PAGE 008 OF      *                FULL SCREEN FORMAT            *     13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP             QTR.: B02-127L   RCV OFC: COM
REMEDY ID: 993978-F1     SUB1: 26AM SUB2:      DATE RCV:   10-15-2019
UNT  RCV..:A 3-4      QTR RCV.: Z04-219LAD   FACL RCV: COM
UNT  ORG..:A 3-4      QTR ORG.: Z04-219LAD   FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1         RESP DUE:  MON  11-04-2019
ABSTRACT.: PROSTATE COMPLICATION
STATUS DT: 11-03-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 10-15-2019
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP             QTR.: B02-127L   RCV OFC: COM
REMEDY ID: 995586-F1     SUB1: 21AM SUB2:      DATE RCV:   10-31-2019
UNT  RCV..:A 3-4      QTR RCV.: A07-096L    FACL RCV: COM
UNT  ORG..:A 3-4      QTR ORG.: A07-096L    FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1         RESP DUE:  WED  11-20-2019
ABSTRACT.: EXPUNGE SHOT
STATUS DT: 11-05-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3315472   RCT: N EXT:  DATE ENTD: 10-31-2019
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 009 OF       *              FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: SER
REMEDY ID: 993252-R1     SUB1: 26AM SUB2: 26BM DATE RCV:   11-06-2019
UNT  RCV..:A 3-4      QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4      QTR ORG.: A07-096L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1      RESP DUE:  FRI  12-06-2019
ABSTRACT.: REQUESTING TO BE SEEN FOR CHEST PAINS(STENTS HURT)
STATUS DT: 03-23-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: N EXT:  DATE ENTD: 02-25-2020
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: COM
REMEDY ID: 996504-F1     SUB1: 26AM SUB2:     DATE RCV:   11-07-2019
UNT  RCV..:A 3-4      QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4      QTR ORG.: A07-096L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1      RESP DUE:  WED  11-27-2019
ABSTRACT.: REQUESTING MEDICAL ATTENION FOR ANKLE
STATUS DT: 11-22-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: N EXT:  DATE ENTD: 11-07-2019
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4           *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 010 OF       *               FULL SCREEN FORMAT             *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 993968-R1      SUB1: 26AM SUB2:         DATE RCV:   11-18-2019
UNT  RCV..:A 3-4       QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: Z04-219LAD    FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1           RESP DUE:  WED  12-18-2019
ABSTRACT.: SKIN RASH (SPREAD ALL OVER BODY)
STATUS DT: 03-18-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 02-24-2020
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 995586-R1      SUB1: 21AM SUB2:         DATE RCV:   11-18-2019
UNT  RCV..:A 3-4       QTR RCV.: A07-096L      FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: A07-096L      FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM  1 SER  1           RESP DUE:  FRI  01-17-2020
ABSTRACT.: EXPUNGE SHOT
STATUS DT: 04-06-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3315472   RCT: N EXT: N DATE ENTD: 03-24-2020
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *      07-10-2024
PAGE 011 OF        *              FULL SCREEN FORMAT            *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 993972-R1      SUB1: 26AM SUB2:      DATE RCV:   11-19-2019
UNT  RCV..:A 3-4        QTR RCV.: A07-096L    FACL RCV: COM
UNT  ORG..:A 3-4        QTR ORG.: Z04-219LAD    FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER 1           RESP DUE: THU 12-19-2019
ABSTRACT.: SEVERE PHLEGM AND COUGH PROBLEM
STATUS DT: 03-23-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 02-25-2020
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 993978-R1      SUB1: 26AM SUB2:      DATE RCV:   11-19-2019
UNT  RCV..:A 3-4        QTR RCV.: A07-096L    FACL RCV: COM
UNT  ORG..:A 3-4        QTR ORG.: Z04-219LAD    FACL ORG: COM
EVT FACL.: COM    ACC LEV: COM 1 SER 1           RESP DUE: THU 12-19-2019
ABSTRACT.: PROSTATE COMPLICATION
STATUS DT: 04-01-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: N EXT:  DATE ENTD: 03-05-2020
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4           *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 012 OF       *            FULL SCREEN FORMAT            *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: SER
REMEDY ID: 996504-R1      SUB1: 26AM SUB2:      DATE RCV:   11-27-2019
UNT  RCV..:A 3-4       QTR RCV.: A07-096L     FACL RCV: COM
UNT  ORG..:A 3-4       QTR ORG.: A07-096L     FACL ORG: COM
EVT FACL.: COM     ACC LEV: COM 1 SER  1        RESP DUE:  FRI 12-27-2019
ABSTRACT.: REQUESTING MEDICAL ATTENION FOR ANKLE
STATUS DT: 04-27-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT:  DATE ENTD: 04-01-2020
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: HAF
REMEDY ID: 1153946-F1     SUB1: 34ZM SUB2: 23YM DATE RCV:   03-10-2023
UNT  RCV..:1 GP        QTR RCV.: L08-417L     FACL RCV: HAF
UNT  ORG..:1 GP        QTR ORG.: L08-417L     FACL ORG: HAF
EVT FACL.: HAF     ACC LEV:  HAF  1 MXR  1 BOP  1  RESP DUE:  THU 03-30-2023
ABSTRACT.: COMPLAINT AGAINST STAFF
STATUS DT: 04-04-2023  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-10-2023
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4         *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *      07-10-2024
PAGE 013 OF        *              FULL SCREEN FORMAT           *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP            QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1153946-R1      SUB1: 34ZM SUB2: 23YM DATE RCV:   04-24-2023
UNT  RCV..:1 GP        QTR RCV.: L08-417L     FACL RCV: HAF
UNT  ORG..:1 GP        QTR ORG.: L08-417L     FACL ORG: HAF
EVT FACL.: HAF    ACC LEV: HAF  1 MXR  1 BOP  1  RESP DUE: FRI  06-23-2023
ABSTRACT.: COMPLAINT AGAINST STAFF
STATUS DT: 07-07-2023  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-25-2023
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
MON 05-15-2023     CORR SVC            04-25-2023     INV         07-07-2023




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP            QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1164663-R1      SUB1: 34ZM SUB2:     DATE RCV:   06-09-2023
UNT  RCV..:1 GP        QTR RCV.: Z03-134UAD    FACL RCV: HAF
UNT  ORG..:1 GP        QTR ORG.: Z03-134UAD    FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                     RESP DUE:
ABSTRACT.: COMPLAINT AGAINST STAFF IN RE PROPERTY NOT SECURED
STATUS DT: 06-12-2023  STATUS CODE: REJ STATUS REASON: FRM INS
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 06-12-2023
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 014 OF       *              FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1153946-A1    SUB1: 34ZM SUB2: 23YM DATE RCV:   08-10-2023
UNT  RCV..:2 GP         QTR RCV.: B01-215L      FACL RCV: GIL
UNT  ORG..:1 GP         QTR ORG.: L08-417L      FACL ORG: HAF
EVT FACL.: HAF    ACC LEV: HAF  1 MXR  1 BOP  1  RESP DUE: MON 10-09-2023
ABSTRACT.: COMPLAINT AGAINST STAFF
STATUS DT: 08-18-2023  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 08-16-2023
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1164663-A1    SUB1: 34ZM SUB2:      DATE RCV:   12-12-2023
UNT  RCV..:2 GP         QTR RCV.: B02-209L      FACL RCV: GIL
UNT  ORG..:1 GP         QTR ORG.: Z03-134UAD    FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                      RESP DUE:
ABSTRACT.: COMPLAINT AGAINST STAFF IN RE PROPERTY NOT SECURED
STATUS DT: 12-18-2023  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 12-18-2023
REMARKS..:











G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 015 OF     *              FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: GIL
REMEDY ID: 1185975-F1     SUB1: 26ZM SUB2:      DATE RCV:   01-04-2024
UNT  RCV..:2 GP      QTR RCV.: B02-209L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-209L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                        RESP DUE:
ABSTRACT.: C/O MEDICAL ISSUES DUE TO EXPIRED FOOD
STATUS DT: 01-04-2024  STATUS CODE: REJ STATUS REASON: OTH WRL RSF
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 01-04-2024
REMARKS..: WHAT RELIEF ARE YOU SEEKING? YOU ARE JUST MAKING
           STATEMENTS.
           YOU MUST FILE A TORT CLAIM FOR MONEY COMPENSATION.


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: MXR
REMEDY ID: 1185975-R1     SUB1: 26ZM SUB2:      DATE RCV:   01-19-2024
UNT  RCV..:2 GP      QTR RCV.: B02-209L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-209L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                        RESP DUE:
ABSTRACT.: C/O MEDICAL ISSUES DUE TO EXPIRED FOOD
STATUS DT: 01-22-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 01-22-2024
REMARKS..: YOU MUST FILE A TORT CLAIM FOR MONETARY COMPENSATION



G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *     07-10-2024
PAGE 016 OF       *              FULL SCREEN FORMAT            *     13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: GIL
REMEDY ID: 1188818-F1     SUB1: 26ZM SUB2:      DATE RCV:   02-02-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L     FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  1         RESP DUE: THU  02-22-2024
ABSTRACT.: WANTS HEARING AIDS
STATUS DT: 02-21-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 02-02-2024
REMARKS..:



REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: GIL
REMEDY ID: 1189346-F1     SUB1: 26ZM SUB2:      DATE RCV:   02-07-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L     FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  2         RESP DUE: TUE  02-27-2024
ABSTRACT.: WANTS X-RAYS TAKEN OF SHOULDER
STATUS DT: 02-21-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:  DATE ENTD: 02-07-2024
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 017 OF     *              FULL SCREEN FORMAT           *        13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1185975-A1    SUB1: 26ZM SUB2:     DATE RCV:   02-13-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-209L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                       RESP DUE:
ABSTRACT.: C/O MEDICAL ISSUES DUE TO EXPIRED FOOD
STATUS DT: 02-28-2024  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 02-28-2024
REMARKS..: REFILE TO THE INSTITUTION IN PROPER FORM AND YOUR
              APPEAL WILL BE ACCEPTED.



REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1189346-R1    SUB1: 26ZM SUB2:     DATE RCV:   02-29-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  2         RESP DUE:
ABSTRACT.: WANTS X-RAYS TAKEN OF SHOULDER
STATUS DT: 03-01-2024  STATUS CODE: REJ STATUS REASON: SIG RSR
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 03-01-2024
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4           *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *    07-10-2024
PAGE 018 OF      *                FULL SCREEN FORMAT            *    13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP               QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1188818-R1      SUB1: 26ZM SUB2:        DATE RCV:  02-29-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L      FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L      FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  1        RESP DUE:  MON  04-29-2024
ABSTRACT.: WANTS HEARING AIDS
STATUS DT: 05-10-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: P EXT: P DATE ENTD: 03-01-2024
REMARKS..:



             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 03-21-2024    MED SVC            03-01-2024     INV        05-10-2024




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP               QTR.: B02-127L   RCV OFC: GIL
REMEDY ID: 1191777-F1      SUB1: 26ZM SUB2:        DATE RCV:  03-01-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L      FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L      FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  2        RESP DUE:  THU  03-21-2024
ABSTRACT.: WANTS TESTED FOR H-PYLORI
STATUS DT: 03-15-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: P EXT:  DATE ENTD: 03-01-2024
REMARKS..:











G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 019 OF        *              FULL SCREEN FORMAT             *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: GIL
REMEDY ID: 1191781-F1     SUB1: 26ZM SUB2:      DATE RCV:   03-01-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL 1                      RESP DUE: THU  03-21-2024
ABSTRACT.: WANTS SURGERY ON LEFT SHOULDER
STATUS DT: 03-15-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 03-01-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1192378-R1     SUB1: 26BM SUB2:      DATE RCV:   03-07-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                         RESP DUE:
ABSTRACT.: ALLEGES INADEQUATE MEDICAL CARE
STATUS DT: 03-07-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-07-2024
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *      07-10-2024
PAGE 020 OF      *           FULL SCREEN FORMAT          *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L  RCV OFC: MXR
REMEDY ID: 1192497-R1     SUB1: 26AM SUB2:      DATE RCV:  03-08-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                      RESP DUE:
ABSTRACT.: REQUEST COLONOSCOPY
STATUS DT: 03-08-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 03-08-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L  RCV OFC: MXR
REMEDY ID: 1192498-R1     SUB1: 15BM SUB2: 16GM DATE RCV:  03-08-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                      RESP DUE:
ABSTRACT.: NO ACCESS TO RELIGIOUS BOOKS/BLOCKED ACCOUNT
STATUS DT: 03-08-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 03-08-2024
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 021 OF       *              FULL SCREEN FORMAT              *    13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L  RCV OFC: MXR
REMEDY ID: 1192499-R1     SUB1: 26AM SUB2:      DATE RCV:   03-08-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                       RESP DUE:
ABSTRACT.: WANTS ENDOSCOPY DONE
STATUS DT: 03-08-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-08-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L  RCV OFC: MXR
REMEDY ID: 1191777-R1     SUB1: 26ZM SUB2:      DATE RCV:   03-28-2024
UNT  RCV..:2 GP      QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:  GIL  1 MXR  2         RESP DUE:
ABSTRACT.: WANTS TESTED FOR H-PYLORI
STATUS DT: 03-28-2024  STATUS CODE: REJ STATUS REASON: IRQ
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-28-2024
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4            *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *      07-10-2024
PAGE 022 OF        *            FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1164663-R2     SUB1: 34ZM SUB2:        DATE RCV:   03-28-2024
UNT  RCV..:2 GP          QTR RCV.: B02-201L      FACL RCV: GIL
UNT  ORG..:1 GP          QTR ORG.: Z03-134UAD    FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                        RESP DUE:
ABSTRACT.: COMPLAINT AGAINST STAFF IN RE PROPERTY NOT SECURED
STATUS DT: 03-28-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 03-28-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1192497-R2     SUB1: 26AM SUB2:        DATE RCV:   04-08-2024
UNT  RCV..:2 GP          QTR RCV.: B02-201L      FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L      FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                        RESP DUE:
ABSTRACT.: REQUEST COLONOSCOPY
STATUS DT: 04-09-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 04-09-2024
REMARKS..:









G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4            *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 023 OF      *                FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                 QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1189346-R2     SUB1: 26ZM SUB2:       DATE RCV:   04-08-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  2        RESP DUE:  FRI  06-07-2024
ABSTRACT.: WANTS X-RAYS TAKEN OF SHOULDER
STATUS DT: 06-18-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:                RCT: P EXT: P DATE ENTD: 04-09-2024
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO     DATE ASSN    TRK TYPE    DATE RETURNED
MON 04-29-2024     MED SVC               04-09-2024     INV         06-18-2024




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                 QTR.: B02-127L   RCV OFC: GIL
REMEDY ID: 1195926-F1     SUB1: 16GM SUB2:       DATE RCV:   04-10-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  1 BOP  1  RESP DUE:  TUE  04-30-2024
ABSTRACT.: C/O CONTACT BEING BLOCKED
STATUS DT: 04-15-2024  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:                RCT: P EXT:  DATE ENTD: 04-10-2024
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4        *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *     07-10-2024
PAGE 024 OF    *           FULL SCREEN FORMAT           *     13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP               QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1185975-A2     SUB1: 26ZM SUB2:        DATE RCV:   04-10-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-209L     FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                    RESP DUE:
ABSTRACT.: C/O MEDICAL ISSUES DUE TO EXPIRED FOOD
STATUS DT: 04-22-2024  STATUS CODE: REJ STATUS REASON: DIR FRM
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 04-22-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP               QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1192499-A1     SUB1: 26AM SUB2:        DATE RCV:   04-23-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L     FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                    RESP DUE:
ABSTRACT.: WANTS ENDOSCOPY DONE
STATUS DT: 05-06-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 05-06-2024
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-10-2024
PAGE 025 OF     *              FULL SCREEN FORMAT              *     13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: BOP
REMEDY ID: 1192498-A1     SUB1: 15BM SUB2: 16GM DATE RCV:    04-23-2024
UNT  RCV..:2 GP          QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                      RESP DUE:
ABSTRACT.: NO ACCESS TO RELIGIOUS BOOKS/BLOCKED ACCOUNT
STATUS DT: 05-06-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-06-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: BOP
REMEDY ID: 1192497-A1     SUB1: 26AM SUB2:     DATE RCV:    04-23-2024
UNT  RCV..:2 GP          QTR RCV.: B02-201L    FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                      RESP DUE:
ABSTRACT.: REQUEST COLONOSCOPY
STATUS DT: 05-06-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 05-06-2024
REMARKS..:










G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *    07-10-2024
PAGE 026 OF    *              FULL SCREEN FORMAT              *    13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: BOP
REMEDY ID: 1164663-A2    SUB1: 34ZM SUB2:       DATE RCV:   04-23-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:1 GP        QTR ORG.: Z03-134UAD   FACL ORG: HAF
EVT FACL.: HAF     ACC LEV:                        RESP DUE:
ABSTRACT.: COMPLAINT AGAINST STAFF IN RE PROPERTY NOT SECURED
STATUS DT: 05-06-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 05-06-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: BOP
REMEDY ID: 1191777-A1    SUB1: 26ZM SUB2:       DATE RCV:   04-23-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L     FACL ORG: GIL
EVT FACL.: GIL     ACC LEV: GIL  1 MXR  2         RESP DUE:
ABSTRACT.: WANTS TESTED FOR H-PYLORI
STATUS DT: 05-06-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 05-06-2024
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 027 OF       *             FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                 QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1191777-R2     SUB1: 26ZM SUB2:       DATE RCV:   05-04-2024
UNT  RCV..:2 GP          QTR RCV.: B02-201L      FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L      FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  2         RESP DUE:  WED  07-03-2024
ABSTRACT.: WANTS TESTED FOR H-PYLORI
STATUS DT: 05-06-2024  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-06-2024
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
SUN 05-26-2024    MED SVC            05-06-2024     INV




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                 QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1195926-R1     SUB1: 16GM SUB2:       DATE RCV:   05-04-2024
UNT  RCV..:2 GP          QTR RCV.: B02-201L      FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L      FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  1 BOP  1  RESP DUE:  WED  07-03-2024
ABSTRACT.: C/O CONTACT BEING BLOCKED
STATUS DT: 06-06-2024  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-06-2024
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
SUN 05-26-2024    CORR PGM          05-06-2024     INV       06-06-2024







G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *    07-10-2024
PAGE 028 OF     *              FULL SCREEN FORMAT              *    13:42:18


     REGNO: 75840-054 NAME: JABER, FAOUZI
     RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: BOP
     REMEDY ID: 1192378-A1    SUB1: 26BM SUB2:      DATE RCV:  05-10-2024
     UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
     UNT  ORG..:2 GP        QTR ORG.: B02-201L     FACL ORG: GIL
     EVT FACL.: GIL    ACC LEV:                        RESP DUE:
     ABSTRACT.: ALLEGES INADEQUATE MEDICAL CARE
     STATUS DT: 05-13-2024  STATUS CODE: REJ STATUS REASON: DIR WRL INS OTH
     INCRPTNO.:          RCT:   EXT:  DATE ENTD: 05-13-2024
     REMARKS..: NO RECORD OF BP-9 ON FILE. MUST PROPERLY FILE BP-9
                AND BP-10 AND RECEIVE RESPONSE PRIOR TO FILING BP-11



     REGNO: 75840-054 NAME: JABER, FAOUZI
     RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L  RCV OFC: MXR
     REMEDY ID: 1199770-R1    SUB1: 25EM SUB2:      DATE RCV:  05-15-2024
     UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
     UNT  ORG..:2 GP        QTR ORG.: B02-201L     FACL ORG: GIL
     EVT FACL.: GIL    ACC LEV:                        RESP DUE:
     ABSTRACT.: PURCHASED EXPIRED FOOD ITEM FROM COMMISSARY 2/26/24
     STATUS DT: 05-15-2024  STATUS CODE: REJ STATUS REASON: INS MSI
     INCRPTNO.:          RCT:   EXT:  DATE ENTD: 05-15-2024
     REMARKS..:












     G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4        *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 029 OF     *              FULL SCREEN FORMAT              *     13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                 QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1192497-A2      SUB1: 26AM SUB2:        DATE RCV:   05-15-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L       FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L       FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                          RESP DUE:
ABSTRACT.: REQUEST COLONOSCOPY
STATUS DT: 06-10-2024  STATUS CODE: REJ STATUS REASON: WRL DIR INS
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 06-10-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                 QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1188818-R2      SUB1: 26ZM SUB2:        DATE RCV:   05-25-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L       FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L       FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:  GIL  1 MXR  1           RESP DUE:
ABSTRACT.: WANTS HEARING AIDS
STATUS DT: 05-28-2024  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 05-28-2024
REMARKS..: THIS APPEAL HAS ALREADY BEEN RESPONDED TO BY THE
           REGIONAL DIRECTOR. IF YOU WISH TO APPEAL FURTHER
           PLEASE FILE YOUR APPEAL WITH CENTRAL OFFICE.










G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4        *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 030 OF     *              FULL SCREEN FORMAT           *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1200847-R1     SUB1: 26AM SUB2: 13GM DATE RCV:    05-25-2024
UNT  RCV..:2 GP        QTR RCV.: B02-201L     FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L     FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                         RESP DUE:
ABSTRACT.: DELAY IN MEDICAL CARE FOR BASED ON TOMOGRAPHY EXAM
STATUS DT: 05-28-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:    EXT:  DATE ENTD: 05-28-2024
REMARKS..: YOU ARE APPEALING MULTIPLE ISSUES. PLEASE FILE A
           SEPARATE APPEAL FOR EACH ISSUE AND START AT THE
           INSTITUTIONAL LEVEL.


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: MXR
REMEDY ID: 1199770-R2     SUB1: 25EM SUB2:     DATE RCV:    06-07-2024
UNT  RCV..:2 GP        QTR RCV.: B02-127L     FACL RCV: GIL
UNT  ORG..:2 GP        QTR ORG.: B02-201L     FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                         RESP DUE:
ABSTRACT.: PURCHASED EXPIRED FOOD ITEM FROM COMMISSARY 2/26/24
STATUS DT: 06-07-2024  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:    EXT:  DATE ENTD: 06-07-2024
REMARKS..: NO INFORMATION IN OUR SYSTEM TO SHOW AN APPEAL WAS
           PREVIOUSLY FILED AND ACCEPTED AT THE INSTITUTIONAL
           LEVEL. YOU MAY APPEAL THIS REJECTION TO CENTRAL OFC.


G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4          *ADMINISTRATIVE REMEDY GENERAL INDEX RETRIEVAL *      07-10-2024
PAGE 031 OF    *              FULL SCREEN FORMAT              *      13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L  RCV OFC: MXR
REMEDY ID: 1188818-R3    SUB1: 26ZM SUB2:       DATE RCV:  06-07-2024
UNT  RCV..:2 GP      QTR RCV.: B02-127L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  1          RESP DUE:
ABSTRACT.: WANTS HEARING AIDS
STATUS DT: 06-07-2024  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 06-07-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP                QTR.: B02-127L  RCV OFC: BOP
REMEDY ID: 1195926-A1    SUB1: 16GM SUB2:       DATE RCV:  06-26-2024
UNT  RCV..:2 GP      QTR RCV.: B02-127L    FACL RCV: GIL
UNT  ORG..:2 GP      QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV: GIL  1 MXR  1 BOP  1  RESP DUE: SUN  08-25-2024
ABSTRACT.: C/O CONTACT BEING BLOCKED
STATUS DT: 06-28-2024  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-28-2024
REMARKS..:











G0002        MORE PAGES TO FOLLOW . . .
```

```
MXRA4           *ADMINISTRATIVE REMEDY GENERAL RETRIEVAL *        07-10-2024
PAGE 032 OF 032 *                FULL SCREEN FORMAT            *    13:42:18


REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1200847-A1     SUB1: 26AM SUB2: 13GM DATE RCV:    06-26-2024
UNT  RCV..:2 GP          QTR RCV.: B02-127L    FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:                      RESP DUE:
ABSTRACT.: DELAY IN MEDICAL CARE FOR BASED ON TOMOGRAPHY EXAM
STATUS DT: 07-01-2024  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 07-01-2024
REMARKS..:




REGNO: 75840-054 NAME: JABER, FAOUZI
RSP OF...: GIL UNT/LOC/DST: 2 GP              QTR.: B02-127L   RCV OFC: BOP
REMEDY ID: 1188818-A1     SUB1: 26ZM SUB2:      DATE RCV:    06-26-2024
UNT  RCV..:2 GP          QTR RCV.: B02-127L    FACL RCV: GIL
UNT  ORG..:2 GP          QTR ORG.: B02-201L    FACL ORG: GIL
EVT FACL.: GIL    ACC LEV:  GIL  1 MXR  1        RESP DUE:
ABSTRACT.: WANTS HEARING AIDS
STATUS DT: 07-01-2024  STATUS CODE: REJ STATUS REASON: UTA MEM IRQ RAP
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 07-01-2024
REMARKS..:








              62 REMEDY SUBMISSION(S) SELECTED
    G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT H

**Administrative Remedy No. 1153946-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal regarding a loss of property. Specifically, you contend
Bureau staff allowed other inmates to steal your personal
property. For relief, you request the staff involved to be held
criminally liable and to be reimbursed for the stolen property.

We have reviewed documentation relevant to your appeal and,
based on the information gathered, concur with the manner in
which the Warden and Regional Director responded to your
concerns at the time of your Request for Administrative Remedy
and subsequent appeal. Pursuant to the Regional Director's
response, a local fact-finding process was initiated and found
your allegation of staff misconduct pertaining to the stolen
property to be without merit. We find no evidence, nor have you
provided any, to substantiate your allegation of staff
misconduct.

Furthermore, regarding your request for compensation, Program
Statement 1330.18, Administrative Remedy Program, does not
provide such relief. There is a statutorily mandated procedure
in place for addressing such a request. Therefore, your request
will not be considered in this response.

Accordingly, this response is for informational purposes only.

08-18-2023
Date

Timothy Barnett,
Acting Administrator
National Inmate Appeals

U.S. Department of Justice    Central Office Administrative Appeal

Federal Bureau of Prisons        1153946-F1 / 1153946-F1 /

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Jaber    Faouzi   A__    __75840-054__    __B-1 Unit__    __FCI-Gilmer__
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** Sub Ject to certain Exceptions. SEE 28 U.S.C & 2680, The
United states Against FEderal Claims For property damages or personal Property
and personal Injury "Cause by the NEgligont or Wrong doing, or Acts or ommi-
ssion of any EmployEE of any Employee of the Goverment while acting with
the scope or within The scope of his office or Employment, under circumstance
where The united states, IF A Private person, Would be liable to the claimant in Accord
ance with the law of the place where the act or ommission occurred
Accordingly, For liability to a rise under The FTCA, A plaintiff's case and cause of
action must be comparable to a cause of Action against A private citizen recognized
in the Jurisdiction where the tort occurred. Chen V. United states. 854 F.2d 622, 626
(2cir. 1988) See also Kuhlman V. Wilson 477 U.S 436, 459, 106 S. Ct. 2616 9LiEd 2d 364
PEtitionEr Faouzi Jaber has been Experiancing an on going Problem with theft, Latel
The correctional officer ████████ and ████████ received complaint that mr.
Jaber Faouzi being stolen. But The officer ████████ Allowed Inmates to steal mr.
Jabers property After he swore that he Would pack the property, and He did not he all-
owed Inmates to steal mr. Faouzi's property.

__7-26-2023__                            _____
    DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

AUG 1 0 2023

Administrative Remedy Section
Federal Bureau of Prisons

_____                    _____
    DATE                                GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY        CASE NUMBER: __1153946-A1__

**Part C - RECEIPT**

                                        CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                    _____
    DATE                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                            BP-231(13)
                                                    JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Jaber, Faouzi                    75840-054        L-4:417        F.C.I Hazelton
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.            UNIT              INSTITUTION

**Part A - REASON FOR APPEAL** I recieved my BP-9 on April 10th, 2023. This gives me until April 30th, 2023 to file this BP-10. My issue is the negligence of B.O.P. staff to investigate this incident and to hold the perpetrator liable for his actions. on 1-28-23 my locker was broken into by inmate ▭▭▭▭▭▭▭▭. the incident was report to C.O. M. Cumberland, but nothing has been done. The incident was reported to C. Captain Smith with no results. After this, inmate Joseph Ryles robbed another inmate and a fight ensued with a lock as a weapon. STill nothing has been done to resolve the harm caused by B.O.P. staff's refusal to do their job.
I request all staff involved, by review of this incident, be held criminally liable and reimbursement for the amount that was stolen in personal items from my locke in the amount of $2,500.00.
The response to my BP-9 does nothing to convience or prove the office of internal affairs has been notified, as staff involved have not been placed on leave pending the investigation, or the office of the E.G.

4/18/2023
     DATE                                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
APR 2 4 2023
By

CAMERA
THC, Dem

_____                                    _____
       DATE                                              REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                          CASE NUMBER: 1539460 R1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C - RECEIPT**
                                                    CASE NUMBER: _____

Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                              _____
       DATE                                  SIGNATURE. RECIPIENT OF REGIONAL APPEAL

**ADMINISTRATIVE REMEDY REGIONAL APPEAL**
**Part B - Response**

Date Filed: April 24, 2023          Remedy ID No.: 1153946-R1

This is in response to your Request for Administrative Remedy,
filed with the Regional Office. Specifically, you allege there was
theft of property from your locker by another inmate and staff
failed to act appropriately. For relief, you request the staff
involved be held criminally liable and you be financially
compensated.

Staff misconduct is taken seriously, as we expect Federal Bureau
of Prisons staff to exhibit high standards of professionalism at
all times. All staff are held to a high standard of treating
inmates fairly, impartially, and humanly. Mistreatment of
inmates is not tolerated. Staff conduct is governed by Program
Statement 3420.11, Standards of Employee Conduct, dated December
6, 2013.

Based on your claims, a local fact-finding process was initiated,
and staff interviews were conducted. As a result of the review, it
was determined that no staff misconduct was identified which could
be used to support your claims.

To seek monetary compensation, you may file a formal tort claim
request with the Mid-Atlantic Regional Counsel at 302 Sentinel
Drive Suite 200 Annapolis Junction, MD 20701. See your Unit Team
for the appropriate form.

This response is for informational purposes. If you are
dissatisfied with this response, you may appeal to the General
Counsel, Federal Bureau of Prisons, 320 First Street, NW,
Washington, DC 20534. Your appeal must be received in the
General Counsel's Office within 30 days from the date of this
response.

JUL 0 7 2023

_____                _____
Date                                     C. Gomez
                                         Regional Director
                                         Mid-Atlantic Region

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jaber, Faouzi    75840-054    L-4: 417    F.C.E. Hazelton
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - INMATE REQUEST**

I received my BP-8 back with no response and only a signature dated 2-15-□
This gives me until March 7th 2023 to file this BP-9.
My issue is the negligence of B.C.P. staff to investigate this incident, and to
hold the perpetrator liable for his actions.
on 1-28-23 my locker was broken into by inmate ▮▮▮▮▮▮▮▮▮▮. The
incident was reported to C.O. ▮▮▮▮▮▮▮▮▮ but nothing has been done.
The incident was later reported to Captain Smith with no results.
After this, inmate Joseph Ryles robbed another inmate and a fight ensued
with a lock as a weapon, to resolve the harm caused by B.O.P. staff's
still nothing has been done. My electronics & clothing were never returned (stolen items).
refusal to do their job. My electronics & clothing were never returned (stolen items).
I request all staff involved be held criminally liable and reimbursement for the
amount that was stolen in personal items from my locker $2,500.00

3/6/2023
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVE
MAR 10 2023

Delivered
by F. Varkerk
F. Vorkh
4-10-23
ccl

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1153946-F1

**Part C - RECEIPT**    CASE NUMBER: _____

Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

REQUEST FOR ADMINISTRATIVE REMEDY
ADMINISTRATIVE REMEDY #1153946-F1

This is in response to your Administrative Remedy received on
March 10, 2023, wherein you request a staff investigation
regarding an incident on January 28, 2023. You also request
monetary compensation.

An investigation was conducted into the incident; however, you
will not receive information regarding the outcome. The Bureau
of Prisons takes all allegations of staff misconduct seriously
and investigates accordingly.  Therefore, this matter will be
thoroughly reviewed and if it is determined staff acted
inappropriately, this issue will be forwarded to the proper
investigative authority.  However, you will not receive
information regarding the outcome of any staff investigation.

All monetary compensation requests must be filed through the
Tort claim process.

Based on the foregoing, this response is for informational
purposes only.

If dissatisfied with this response, you may appeal to the Mid-
Atlantic Regional Director, Federal Bureau of Prisons, 302
Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701.
Your appeal must be received in the Regional Office within 20
days of the date of this response.

H.L. Ray                                              Date
FCI/ STF   Warden

Delivered to inmate
on 4/10/23
by: F VanKirk
4-10-23

REQUEST FOR ADMINISTRATIVE REMEDY
ADMINISTRATIVE REMEDY #1153946-F1

This is in response to your Administrative Remedy received on
March 10, 2023, wherein you request a staff investigation
regarding an incident on January 28, 2023. You also request
monetary compensation.

An investigation was conducted into the incident; however, you
will not receive information regarding the outcome. The Bureau
of Prisons takes all allegations of staff misconduct seriously
and investigates accordingly. Therefore, this matter will be
thoroughly reviewed and if it is determined staff acted
inappropriately, this issue will be forwarded to the proper
investigative authority. However, you will not receive
information regarding the outcome of any staff investigation.

All monetary compensation requests must be filed through the
Tort claim process.

Based on the foregoing, this response is for informational
purposes only.

If dissatisfied with this response, you may appeal to the Mid-
Atlantic Regional Director, Federal Bureau of Prisons, 302
Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701.
Your appeal must be received in the Regional Office within 20
days of the date of this response.

H.L. Ray                                                    Date
FCI/ SFF   Warden

Delivered to inmate
on 4/10/23
by: F VanKirk

4-10-23

NUMBER:   HAX-1330.18D
DATE:    February 22, 2021
SUBJECT:  Administrative Remedy
          Program
PAGE:    8

ATTACHMENT A

Federal Correctional Complex Hazelton
Requst for Administrative Remedy
Informal Resolution Form - General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you
MUST attempt Informal Resolution through your Counselor, or provide other documentary
evidence of your attempt at informal resolution. Failing to attempt informal resolution may
result with rejection of your request.

| Part A | | | |
|---|---|---|---|
| Inmate Name: JABER FAOUZi | | Reg. No.: 75840054 | Unit: L4 CEll 417 |

1. Specific Complaint: On 1/28/23 my locker was broken into by Inmate
Joseph Ryles #13062-097. After reporting the incident to C.O. ▮▮▮ nothing
was done. Also reported to ▮▮▮ and nothing has been done.

2. Relief Requested: I request staff members to be held accountable for not
adequately responding to inmate's request for assistance in resolving this serious
issue and having his items returned promptly.

| Part B | | |
|---|---|---|
| Food Service | Unit Manager | UNICOR |
| Business Office | Psychology | Education |
| Trust Fund/Laundry | Religious Services | Recreation |
| Health Services | Correctional Svcs | Facilities |
| Safety | ISM/Mailroom/Records | Administration |

| Part C | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| | Issue Un-resolved No Relief granted | Comments: |
| | Unable to Address Issue Referred | Comments: |

| Inmate Signature: | | Date: 2-15-23 |
|---|---|---|
| Staff Signature: | | Date: |
| Unit Manager Signature: | | Date: |

| Counselor Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
| L4023 | 2-15-23 | | 2-15-23 | | |

1-28-23