# EXHIBIT 2

Case 5:24-cv-00025-JPB-JPM   Document 62-2   Filed 09/26/24   Page 2 of 3  PageID #: 528

United States v. El Merebi, Not Reported in Fed. Rptr. (2023)

2023 WL 4636754
Only the Westlaw citation is currently available.
United States Court of Appeals, Second Circuit.

UNITED STATES of America, Appellee,
v.
Khaled EL MEREBI, aka Short, aka Papa Natal, Ali Fayad, Defendants,
Faouzi Abdoul-Menhem Jaber, aka Excellence, Defendant-Appellant.

22-149
|
March 16, 2023

**Attorneys and Law Firms**

Won S. Shin, George Turner, United States Attorney's Office for the Southern District of New York, New York, NY, for Appellee.

Faouzi Abdoul-Menhem Jaber, Glenville, WV, Pro Se.

Present: Pierre N. Leval, Denny Chin, Myrna Pérez, Circuit Judges.

**Opinion**

*1 Appellant, pro se, moves to proceed in forma pauperis and for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

**All Citations**

Not Reported in Fed. Rptr., 2023 WL 4636754

**United States v. El Merebi, Not Reported in Fed. Rptr. (2023)**

---

**End of Document**  © 2024 Thomson Reuters. No claim to original U.S. Government Works.