# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                              Civil Action No. 5:24-CV-25
                               Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

    I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Brandon Dick was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                             /s/ William S. Thompson
                                                             **WILLIAM S. THOMPSON**
                                                             United States Attorney for the
                                                              Southern District of West Virginia
                                                               Acting Under Authority Conferred
                                                               by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                          Civil Action No. 5:24-CV-25
                                              Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C. § 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Christopher Gomez was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

*/s/ William S. Thompson*
**WILLIAM S. THOMPSON**
United States Attorney for the
Southern District of West Virginia
Acting Under Authority Conferred
by 28 U.S.C. § 515

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.

    Civil Action No. 5:24-CV-25
    Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Cody Sivic was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

    /s/ Will S. T_____
    **WILLIAM S. THOMPSON**
    United States Attorney for the
    Southern District of West Virginia
    Acting Under Authority Conferred
    by 28 U.S.C. § 515

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                                                            Civil Action No. 5:24-CV-25
                                                                          Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

    I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C. § 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Derik Miller was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                                                    /s/ *William S. Thompson*
                                                                                     **WILLIAM S. THOMPSON**
                                                                                     United States Attorney for the
                                                                                     Southern District of West Virginia
                                                                                     Acting Under Authority Conferred
                                                                                     by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                         Civil Action No. 5:24-CV-25
                                         Judge Bailey

WARDEN RAY, et al.,

    Defendants.

### CERTIFICATION

    I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Francis Vankirk was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                   WILLIAM S. THOMPSON
                                                   United States Attorney for the
                                                   Southern District of West Virginia
                                                   Acting Under Authority Conferred
                                                   by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                                Civil Action No. 5:24-CV-25
                                                Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

    I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Heather Ray was acting within the scope of her office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                          _____
                                                          WILLIAM S. THOMPSON
                                                          United States Attorney for the
                                                           Southern District of West Virginia
                                                          Acting Under Authority Conferred
                                                          by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                                  Civil Action No. 5:24-CV-25
                                                  Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Justin McCall was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                      _/s/ William S._____
                                                      **WILLIAM S. THOMPSON**
                                                      United States Attorney for the
                                                      Southern District of West Virginia
                                                      Acting Under Authority Conferred
                                                      by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                  Civil Action No. 5:24-CV-25
                                      Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Michael Tittle was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                    **WILLIAM S. THOMPSON**
                                                    United States Attorney for the
                                                    Southern District of West Virginia
                                                    Acting Under Authority Conferred
                                                    by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                            Civil Action No. 5:24-CV-25
                                            Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Suzanne Brown was acting within the scope of her office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                         */s/ William S. Thompson*
                                                         **WILLIAM S. THOMPSON**
                                                         United States Attorney for the
                                                         Southern District of West Virginia
                                                         Acting Under Authority Conferred
                                                         by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                              Civil Action No. 5:24-CV-25
                                                  Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that Todd Keener was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                         /s/ William S. Thompson
                                                       **WILLIAM S. THOMPSON**
                                                       United States Attorney for the
                                                       Southern District of West Virginia
                                                       Acting Under Authority Conferred
                                                       by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FAOUZI JABER,

    Plaintiff,

v.                                              Civil Action No. 5:24-CV-25
                                              Judge Bailey

WARDEN RAY, et al.,

    Defendants.

## CERTIFICATION

I, William S. Thompson, United States Attorney of the Southern District of West Virginia, acting pursuant to 28 U.S.C.§ 2679(d), and by virtue of the authority vested in the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the Complaint in this action and other relevant material. On the basis of the information now available with respect to the allegations therein, I find that William J. Koppel was acting within the scope of his office or employment with the United States Bureau of Prisons at all relevant times during the events alleged in the Complaint.

Dated: September 24, 2024

                                                                       **WILLIAM S. THOMPSON**
                                                                       United States Attorney for the
                                                                       Southern District of West Virginia
                                                                       Acting Under Authority Conferred
                                                                       by 28 U.S.C. § 515