Attachment A

FILED

FEB 04 2025

U.S. DISTRICT COURT WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FAOUZI JABER

*Your full name*

FEDERAL TORTS CLAIM ACT
COMPLAINT

v.

Civil Action No.: 5:24cv25
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

## I. JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II. PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Your full name: Faouzi Jaber    Inmate No.: 75840-054
   Address: FCI - Gilmer    P O Box 6000
   Glenville, WV  26351

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Federal Correctional Institution - Gilmer

A. Is this where the events concerning your complaint took place?
   ☐ Yes   ☒ No

Attachment A

If you answered "NO," where did the events occur?
Czech Republic, and New York City, New York

## IV. PREVIOUS LAWSUITS

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☒ Yes   ☐ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s): Faouzi Jaber
   Defendant(s): CHRISTINA HANLEY

2. Court: U.S.Dist.Ct. for S.D. of New York
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: 24-CV-998

4. Basic Claim Made/Issues Raised: Common law conversion of plaintiff's personal property, including monies and jewelry and watches and passports

5. Name of Judge(s) to whom case was assigned: Coleen McMahon

6. Disposition: remains pending
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: April of 2024

Attachment A

8. Approximate date of disposition. Attach copies: _____

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes   ☒ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____
_____
_____
_____

E. Did you exhaust **ALL** available administrative remedies?
☒ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. <u>Filed appropriate grievances with agencies</u>
_____
_____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

   Plaintiff(s): <u>Faouzi Jaber</u>

   Defendant(s): <u>Christina Hanley, et al</u>

Attachment A

    2.    Name and location of court and case number: <u>U.S. District Court for S.D.N.Y.; No. 1:20-CV-7347.</u>

    3.    Grounds for dismissal: ☐ frivolous     ☐ malicious
            ☒ failure to state a claim upon which relief may be granted

    4.    Approximate date of filing lawsuit: <u>09-29-2020</u>

    5.    Approximate date of disposition: <u>12-02-2020</u>

## V. ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

  A.    Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes      ☐ No

  B.    If your answer is "YES," answer the questions below:

        1.    Identify the type of written claim you filed: <u>FTCA Form</u>

        2.    Date your claim was filed: <u>June 11, 2024</u>

        3.    Amount of monetary damages you requested in your claim: <u>$8,175,000.00</u>

        4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

           I.    Date of the written acknowledgment: _____
           ii.   Claim Number assigned to your claim: _____

  C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?   ☐ Yes      ☒ No

Sec. G continued

Parties to previous lawsuit:
    Plaintiff(s): Faouzi JABER
    Defendant(s): Shroff
Name and location of court and docket number: United States District Court, Southern District of New York;
    Dkt. No. 1:24-cv-00932-LTS
Grounds for dismissal: Failure to state a claim which relief may be granted
Approximate date of filing: April 9, 2024
Approximate date of disposition: April 9, 2024

Parties to previous lawsuit:
    Plaintiff(s): Faouzi Jaber
    Defendant(s): Christina Hanley
Name and location of court and docket number: United States District Court, Southern District of New York:
    Dkt. No. 1:24-cv-0998-CM
Grounds for dismissal: Failure to state a claim which relief may be granted
Approxinate date of filing: May 8, 2024
Approxinate date of disposition: May 8, 2024

Parties to previous lawsuit:
    Plaintiff(s): Faouzi Jaber
    Defendant(s): Rodrigez, et al
Name and location of court and docket number: United States District Court, Middle District of Florida:
    Dkt. No. 5:24-cv-00012-MSS-PRL
Grounds for dismissal: abuse of judicial process

Parties to previous lawsuit:
    Plaintiff(s): Faouzi Jaber
    Defendant(s): Rodriguez, et al
Name and location of court and docket number: United States District Court, Middle District of Florida:
    Dkt. No. 5:24-cv-00185-TPB-PRL
Grounds for dismissal: abuse of judicial process

Parties to previous lawsuit:
    Plaintiff: Faouzi Jabee
    Defendant: Hanley
Name and location of court and docket number: United States District Court - Southern District of New York
    Dkt. No. 20-CV-7347-LLS
Grounds for dismissal: Failure to state a claim

Attachment A

D. If your answer is "YES," answer the questions below:

1. Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
   Drug Enforcement Administration
   600 Army/Navy Drive
   Arlington, VA  22202

2. Identify the type of written claim(s) you filed: __FTCA Claim__

3. Date your claim(s) were filed: __June 11, 2024__

4. Amount of monetary damages you requested in your claim(s):
   $8,175,000.00

5. If you received a written Acknowledgment of receipt of your claim(s), state the:

   I. Date of the written Acknowledgment: _____

   ii. Claim Number assigned to your claim: _____

E. If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
   ☐ Yes   ☐ No

1. If you answered "YES," state the:

   I. Date you requested reconsideration: _____

   ii. Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Upon extraditing Plaintiff from the Czech Republic, a Drug Enforcement Administration Agent converted plaintiff's personal property, passports, watches, jewelry, rings, bracelets, to her own personal use

Supporting Facts: Faouzi Jaber was extradited from the Czech Republic on April 5, 2014, to the United States, DEA Agent Christina Hanley took personal possession of plaintiff's passports, rings, jewelry, watches, diamonds, and monies, and refuses to return them to the plaintiff

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Christina Hanley - Agent for the Drug Enforcement Administration

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," please explain: Plaintiff was caused to hand-over to Agent Hanley all of his personal belongings and property, including monies, when she took him into custody for extradition to the United States

CLAIM 2: _____

Attachment A

Supporting Facts: _____
_____
_____
_____

    Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

    With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

    If your answer is "YES," please explain: _____
_____
_____
_____

CLAIM 3: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

    Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

    With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

Attachment A

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," please explain: _____

_____
_____
_____
_____

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. Plaintiff suffered the loss of his passports, and personal property, watches, rings, pendants with Diamonds, bracelets, jewelry, monies in foreign currency, all with a value of $8,175,000.00

_____
_____

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
Return of plaintiff's passports, and personal properties, monies and jewelry; alternatively, compensatory damages in the sum of $8,175,000.00, plus interest thereon from April of 2014, to date of payment.

_____

Attachment A

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Glenville, West Virginia__ on _____
            (Location)                           (Date)

_____
Your Signature