Attachment A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FAOUZI JABER #75840-054

FILED

FEB 10 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

*Your full name*

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

Civil Action No.: 5:24-cv-25
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Faouzi Jaber     Inmate No.: 75840-054
Address: Federal Correctional Institution - Gilmer
P O Box 6000     Glenville, WV    26351

III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: Federal Correctional Institution - Gilmer

A.    Is this where the events concerning your complaint took place?
☐ Yes    ☒ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

**Attachment A**

If you answered "NO," where did the events occur?
Federal Correction Institution at Hazelton, Bruceton Mills, West Virginia

## IV.  PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a  separate  piece  of  paper  which  you  should  attach  and  label:  "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s):  Faouzi Jaber
Defendant(s):  Warden Ray, et al.

2.    Court: Northern District of West Virginia
         *(If federal court, name the district; if state court, name the county)*

3.    Case  Number:  5:24-CV-25

4.    Basic Claim Made/Issues Raised: Bivens "Civil Rights" Complaint against prison employees

5.    Name of Judge(s) to whom case was assigned: Judge Bailey

6.    Disposition:  Remains pending
      *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit:  January of 2024

**Attachment A**

8.      Approximate date of disposition. Attach copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____
_____
_____
_____

E.      Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. Filed BP-8; BP-9; BP-10; BP-11
_____
_____
_____

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.      Parties to previous lawsuit:

Plaintiff(s): Faouzi Jaber_____

Defendant(s): Counselor Rodriguez,  et al._____

_____

Sec. G continued

Parties to previous lawsuit:
        Plaintiff(s): Faouzi Jaber
        Defendant(s): Shroff
Name and location of court and docket number: United States
District Court, Southern District of New York;
    Dkt. No. 1:24-cv-00932-LTS
Grounds for dismissal: Failure to state a claim which relief
        may be granted
Approximate date of filing: April 9, 2024
Approximate date of disposition: April 9, 2024

Parties to previous lawsuit:
        Plaintiff(s): Faouzi Jaber
        Defendant(s): Christina Hanley
Name and location of court and docket number: United States
District Court, Southern District of New York:
    Dkt. No. 1:24-cv-0998-CM
Grounds for dismissal: Failure to state a claim which relief
        may be granted
Approximate date of filing: May 8, 2024
Approximate date of disposition: May 8, 2024

Parties to previous lawsuit:
        Plaintiff(s): Faouzi Jaber
        Defendant(s): Rodrigez, et al
Name and location of court and docket number: United States
District Court, Middle District of Florida:
    Dkt. No. 5:24-cv-00012-MSS-PRL
Grounds for dismissal: abuse of judicial process

Parties to previous lawsuit:
        Plaintiff(s): Faouzi Jaber
        Defendant(s): Rodriguez, et al
Name and location of court and docket number: United States
District Court, Middle District of Florida:
    Dkt. No. 5:24-cv-00185-TPB-PRL
Grounds for dismissal: abuse of judicial process

**Attachment A**

2. Name and location of court and case number: __U S District Court for M.D. of Florida__

3. Grounds for dismissal:  ☐ frivolous  ☐ malicious
   ☒ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: __February of 2024__

5. Approximate date of disposition: __October of 2024__

## V.   ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
   ☒ Yes       ☐ No

B. If your answer is "YES," answer the questions below:

   1. Identify the type of written claim you filed: __SF-95__

   2. Date your claim was filed: __August 9, 2023__

   3. Amount of monetary damages you requested in your claim:
      __$20,003,900.00__

   4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

      I. Date of the written acknowledgment: __January 24, 2024__
      ii. Claim Number assigned to your claim: __TRT-MXR-2024-01411__

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?  ☐ Yes       ☒ No

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

          _____

          _____

          _____

    2.    Identify the type of written claim(s) you filed: _____

          _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

          _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
        ☐ Yes        ☐ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

**Attachment A**

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**

CLAIM 1: PLAINTIFF WAS DEPRIVED OF A RIGHT TO ACCESS THE COURTS, AS GUARANTEED BY THE FIRST AMENDMENT, AND DUE PROCESS CLAUSE OF 5th AMENDMENT, WHEN PRISON EMPLOYEES DESTROYED HIS LEGAL MAIL

Supporting Facts: Plaintiff had lawsuits pending, and an appeal of his criminal conviction, when plaintiff was removed from prison's general inmate population on April 28, 2023, and placed in the

— CONTINUED —

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Heather Ray (Warden); Suzanne Brown (Acting Warden); Justin McCall; Brandon Dick; Christopher Gomez; Todd Keener, RN; Wm.J.Koppel; Derik Miller; Cody Sivic; Michael Tittle; Francis VanKirk; Polls; and Cheapley

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," please explain: All named person were employed by the Federal Bureau of Prisons, and assigned to FCC – Hazelton for their respective position

CLAIM 2: PLAINTIFF WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT BY BEING PLACED IN A CELL WITH A MENTALLY DISTURBED PRISONER WHO POSED A CONSTANT THREAT TO THE LIFE AND HEALTH OF PLAINTIFF FOR APPROXIMATELY SIX WEEKS

CONTINUED, from CLAIM ONE:

Segregated Housing Unit ("SHU"). Pending were lawsuits filed against the plaintiff's defense attorneys in New York, and a lawsuit against the Drug Enforcement Agent who either converted to her own personal use, or misplaced, the plaintiff's currency, watches, diamond jewelry, pendants, bracelets, family heirlooms, and passports. Due to the conduct and actions of the prison staff members, the plaintiff did not receive court notices concerning deadlines for filing responses to motions submitted by the named defendants. In addition, upon being removed from the prison's general inmate population, the plaintiff's legal papers and pleadings in regards to the lawsuits were intentionally destroyed or thrown in the trash, which was contrary to an agreement to secure the plaintiff's personal properties and legal filed, papers, and pleadings. Consequently, the aforesaid lawsuits were dismissed.

Staff officers at FCC - Hazelton, b reach their agreement with Faouzi Jaber to safekeep his personal properties and legal papers, including religious books, by allowing prison inmates to steal his properties, and the staff members destroyed plaintiff's legal papers by discarding them in the trash, or otherwise rendering them inaccessible to plaintiff. This resulted in the dismissal of various legal proceedings.

12(a)

**Attachment A**

Supporting Facts: Plaintiff was, allegedly, removed from the prison's general inmate population and placed in its Segregated Housing Unit, due to threats on his life, on April 28, 2024. However, once staff members removed plaintiff from his unit, that was when the events occurred where his life was threatened, constantly, in the

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Heather Ray (Warden); Suzanne Brown (Acting Warden); Justin McCall; Brandon Dick; Christopher Gomez, Todd Keener,RN; Wm.J.Koppel; Derik Miller; Cody Sivic; Michael Tittle; Francis VanKirk; Cheapley;Polls

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☒ Yes        ☐ No

If your answer is "YES," please explain: Each was an employee of the Federal Bureau of Prisons, and worked at FCC - Hazelton

CLAIM 3: PRISON STAFF MEMBERS AGREED TO SAFEGUARD AND PROTECT THE PLAINTIFF'S PERSONAL PROPERTY, INCLUDING RELIGIOUS BOOKS, LEGAL PAPERS, WATCHES, RADIOS, ELECTRONICS, AND CLOTHING, THEN BREACHED THAT AGREEMENT TO RETALIATE AGAINST THE PLAINTIFF

Supporting Facts: On April 28, 2023, prison staff forcefully removed the plaintiff from the prison's general inmate population under the guise that his life was in danger. Staff members did not per-
- CONTINUED -

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: VanKirk - Counselor (Unit L-4); McCall - Case Manager (Unit L-4 ; Corrections Officer for Unit L-4

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☐ Yes        ☐ No

CONTINUED, from CLAIM TWO:

Segregated Housing Unit ("SHU"). Although the stated reason for removing the plaintiff from the prison's general inmate population was for his safety and well-being, upon being reassigned to the SHU, the plaintiff was housed in a cell with a mentallydisturbed prisoner who, immediately, untook a campaign to harm or kill the plaintiff through broken glass, choking, striking, and causing the plaintiff to seek shelter, during sleep, by resorting to sleeping under his bunk and on the floor. Those threats continued for approximately six weeks, with prison staff, Lieutenants, Wardens, and Counselors, refusing to intervene by assigng the plaintiff to a different cell, or removing the aforesaid cellmate from plaintiff's cell. Wardens and staff members turned a deaf ear to plaintiff's complaints. The constant threats were greatly enhanced due to the fact that the plaintiff was not allowed to leave his cell throughout the six weeks since it houses inmates posing a threat to staff members and other prisoners. Medical personnel did nothing to come to the aid of the plaintiff, and ignored his pleas for assistance, that included plaintiff's request to stop providing his cellmate with medicines in glass containers.

13(a)

CONTINUED, froom CLAIM THREE:

mit the plaintiff to pack his personal property, but made a
oral promise to insure its safety by stating they would,
personally, secure it by packing the items and placing
them in storage. However, those same staff members did not
follow through on their promise, but, instead, allowed other
prisoners free access to plaintiff's personal properties by
unlocking his secured locker and leaving the cell to them.
The staff members then proceeded to vandalize plaintiff's
remaining religious books by cutting pages from them, and
ripping apart the books. Plaintiff's legal papers were thrown
in the trash. This breach of contract resulted in the dismis-
sal of various lawsuits and legal proceedings in which the
plaintiff had initiated.

**Attachment A**

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        □ Yes        □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages.  _Plaintiff suffered the dismissal of collateral challenges to his conviction and sentence; Plaintiff suffered the loss of a lawsuit against a Drug Enforcement Administration Agent for the theft or conversion of his personal properties and passports, including monetary currency in the sum of Eight Million Dollars_

## VIII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
Judgment entered in the sum of Eight Million Dollars, and a Court order directing the return of his passports and other seized legal documents or papers; compensatory damages for the destruction of plaintiff's religious books and a violation of his First Amendment rights

**Attachment A**

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Glenville, West Virginia___ on ___February 2, 2025___.
                    (Location)                                     (Date)

_____
Your Signature